Filed 9-1-2004
MB

U.S. ... OFFICE
CHARLOTTESVILLE
VIRGINIA

2004 AUG 31 P 4 13

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF VIRGINIA

3              CHARLOTTESVILLE DIVISION

4       _____

5    UNITED STATES OF AMERICA,      )

6    v.                             ) CASE NO.

7    JAMES DANIEL BRAY,             ) 3:02-CR-00106

8                  Defendant.)

9       _____

10

11              TRANSCRIPT OF PROCEEDINGS

12             Charlottesville, Virginia

13             Friday, April 16, 2004

14                    9:32 a.m.

15                  Pages 1 - 73

16    Reported by:  Jennifer L. Ziegenfuss, CCR

17

18

19

20

21

22

23

24

25                                    **ORIGINAL**

1          A P P E A R A N C E S

2

3    ON BEHALF OF THE UNITED STATES OF AMERICA:

4         WENDY WALDRON, ESQUIRE

5         UNITED STATES DEPARTMENT OF JUSTICE

6         1400 New York Avenue NW, Suite 600

7         Washington, DC 20005

8         (202) 353-3745

9                   --and--

10        JEAN BARRETT HUDSON, ESQUIRE

11        UNITED STATES ATTORNEYS OFFICE

12        255 West Main Street, Room 104

13        Charlottesville, VA 22902

14        (434) 293-4283

15

16   ON BEHALF OF THE DEFENDANT:

17        ANDREW L. WILDER, ESQUIRE

18        LAW OFFICES OF ANDREW L. WILDER

19        408 East Market Street, Suite 201-A

20        Charlottesville, VA 22902

21        (804) 979-8144

22

23

24

25

P R O C E E D I N G S

1

2     THE COURT:  Good morning.  Ready to call

3  the jury?

4         MS. WALDRON:  Yes, Your Honor.

5         MR. WILDER:  Yes, Your Honor.

6         (Jury entered the courtroom at 9:37 a.m.)

7     THE CLERK:  3:02-CR-000106, United States

8  of America versus James Daniel Bray, defendant number

9  one.

10        THE COURT:  Is the defendant ready?

11        MR. WILDER:  Yes, Your Honor.

12        THE COURT:  All right.  The Government will

13  make its closing argument.

14        (Audiotape played.)

15        MS. WALDRON:  Ladies and gentlemen, that is

16  the voice of a predator.  There are different kinds

17  of predators, and they use different means.  But what

18  they have in common is that they use whatever means

19  they're good at, whatever means are going to work to

20  get their prey.  The defendant, James Bray, is a

21  predator, and he used the means that he was good at,

22  the means that would work with these two girls.  And

23  he tailored them to the girls, to the girls'

24  personalities, to the girls' vulnerabilities.  He

25  tailored them in a way that would work to capture

1   that prey.

2           He had many methods.  With Jessica, it was

3   sneaking out of the house, rebellion, giving her Jack

4   Daniels, giving her marijuana.  It was breaking away

5   the rules -- breaking the rules, running away to

6   Florida until she was 18.  It was having children,

7   Max, Alex, Jessie, and Harry Dick Bray.  It's

8   flattery.  It's control.  It's insults.  It's "I love

9   you."  It's demands, and it's escalating sexual

10  content, sexual talk, sexual demands.  The defendant

11  may have used all of these methods in a single day.

12          Let's take a day in the life, February 3rd,

13  2002, 1:18 in the morning, to Seriously Precious:

14  "You sure take a lot for granted.  You've let me and

15  Danielle down.  I don't trust you anymore, and if you

16  think I will love you while you fuck me over, you're

17  just a stupid fool."  And it goes on:  "Pam Junior,

18  let's see what happens."

19          And as you'll see in AOL4B, Number 055,

20  there's a discussion of something defendant talked

21  about on the stand, how he didn't like her hanging

22  out with certain people.  He's exercising his control

23  there.  A little later, early in the morning,

24  February 3rd, Dickyfus to Seriously Precious:  "I'm

25  wrong to cuss.  I'm wrong to threaten.  I should just

1    leave you alone.  Obviously, you don't think that I

2    will.  If you would have believed it, you would've

3    never done what you've been doing.  You've taken me

4    and our most powerful and precious love for granted,

5    the strongest love I have ever seen.  I don't think

6    it will ever be the same.  Damn you for that.  Damn

7    you for hurting us.  Damn you for killing our true

8    love.  Damn you, Jessica.  I just don't care anymore.

9    Believe it or not, that's honestly what I feel."

10        Still February 3rd, 2:34 in the afternoon:

11   "Dear Seriously Precious, I am madly in love with

12   you.  I have been in love with you forever.  You have

13   always been in my heart.  Your love, your kindness,

14   your loyalty, you've always been with me, my dearest

15   love.  You are the lady of my dreams."  And it goes

16   on:  "Signed, I love you.  Together, we are one.

17   Together we will build a family and make our every

18   dream come true, E. B.," which Jessica said was Eager

19   Beaver, "24/7 and soon, I hope."

20        Still 3rd February, 14:41, this was 14:34,

21   this one is not to Jessica.  It's to Danielle,

22   Harleygirl016 at AOL:  "You are beautiful, a

23   remarkable young lady that I'm proud to know.  Over

24   the last six months, I've had the chance to see you

25   grow and watch you live.  Danielle, you can set the

1  world on fire. I've never seen anyone like you. I

2  want to thank you for all your help and love that

3  you've given me. I don't know what would have

4  happened without you. I think that it'll be okay

5  from here on out. A week to think is good. A lot of

6  that time thinking has been of you and your sweet,

7  sweet heart and that smile. I want to say thank you

8  and that I love you." You'll notice different

9  methods for these different girls.

10  Then we're back to Jessica 14:53, "Subject:

11  All backed up for your love, a song of horny desires

12  for you. Hell, yeah, it's true. I'm backed up for

13  you. My balls are blue. I'm backed up for you. I

14  need your loving. I'm backed up for you." And it

15  goes on: "Signed, A song of horny desire for Jessica

16  Christine Spivey, a.k.a., Mrs. Bray, mother of Max."

17  Later, 15:57: "Check this scribbling out

18  in here, a large efficiency, $480. I'm trying to

19  keep in walking distance from your love," et cetera.

20  Meanwhile, later that night, using instant messaging,

21  instant messages, 8:36, a refrain of that earlier

22  song: "I'm backed up for you. My balls are blue

23  because of you. SP14, I can tell. Dickyfus, you

24  want me to get a place very close to where you live?"

25  And then a few minutes later: "Okay, I will be

1  close, close enough for you to sneak out so we can

2  screw constantly.  Jessica, it's not screwing.  It's

3  making love.  Dickyfus, would you like me to screw

4  you constantly?"  That's not all, of course, from

5  that day, instant messaging, as you'll see in Exhibit

6  A.

7          So that's just one day.  Those are some of

8  the methods that the predator, James Bray, used in

9  just one day.  Now, ladies and gentlemen, we did not

10  ask the witnesses to read every piece of evidence

11  that we're showing.  And we did not show every piece

12  of evidence that was admitted, not by a long shot.

13  You'll have all this evidence in the jury room, and

14  you can read it.  And you can see more of the

15  methods, the methods of control, the methods of

16  enticement and persuasion that Mr. Bray used with

17  Jessica and Danielle.  And you've already seen it.

18  If you can stomach it in the jury room, you'll see

19  more.  You'll be able to read additional

20  communications, and you'll see this sexual content,

21  this escalating graphic sexual content, pulling back

22  when it's too much and replacing it with talk of love

23  and children and marriage.  But you will see that

24  sexual content.  And I apologize for repeating some

25  of this content, and I apologize that we have had to

1  show you and had you read and listen to this type of

2  vile material.  But ladies and gentlemen of the jury,

3  these are not our words.  These are the defendant's

4  words.  These are his methods.

5       And while he may sometimes discuss

6  schoolwork or poetry or who Jessica should or

7  shouldn't hang out with, the next moment, he's

8  telling her to put a candle inside of herself and

9  save it so he can melt it on her, as you'll see on

10  February 11, Exhibit L434.  And if you can stand to

11  read the screen shot starting at P299, you'll see

12  exactly, exactly what the defendant was planning to

13  do with Jessica when he met -- planned to meet her on

14  February 15.  And if you can even stand to read

15  through to 399, the defendant's intent, his use of

16  these communications is clear.

17       In fact, you can pretty much close your

18  eyes and open a page of these exhibits, P, Exhibit P,

19  see what we've found, P329:  "What are you going to

20  do to me?" he writes.  "Hello.  Everything, I'm going

21  to suck you dry, oh, baby," February 12.  And Jessica

22  didn't -- she said she didn't have a big reaction to

23  this graphic sexual content.  She said she was used

24  to it.  Well, that's what her teacher taught her.

25  And when he was in person with her, in addition to

1   giving her liquor and marijuana, she said he showed

2   her pictures of graphic pornography on his computer.

3   He showed her a picture of a person in a sexual act

4   with a horse, she recalled.  How could she forget?

5            And, yes, Jessica thought she loved him,

6   and she communicated with him, too.  And you will

7   see, she had sexual banter with him, and she called

8   him.  And what does that show?  That shows that he

9   was successful.  He was a successful predator.

10           The defendant used different methods with

11  Danielle, more subtle, sweeter.  She was very adamant

12  on the stand.  He was so sweet to her.  He was so

13  good to her.  He taught her so much, poetry, nothing

14  inappropriate in the first physical contact.  She

15  said him pushing her against the wall when his

16  daughters left the room to kiss her, that was

17  passionate.  So, no, the defendant never forced her

18  to do anything.  That would have scared away his

19  prey.  Instead, he held out promises, sweets, if you

20  will, take her step by step because not all predators

21  use brute force, kissing her, rubbing her legs,

22  telling her he loved her, telling her he was blown

23  away by her, what a special girl, making her feel

24  comfortable and needed and loved.  And then he calls

25  her on the school bus, January 24, asks her to pick

1   him up from jail.

2           And by then, he knew he had her.  His girls

3   were gone.  They had privacy.  They had time.  And he

4   had a 16-year-old who thought he was her best friend,

5   so he intensified his campaign, his pursuit.  And she

6   testified that in this time period, they engaged in

7   sexual activity.  They even started to have sexual

8   intercourse once and then she said something like,

9   "He got off and it stopped."  And as he would later

10  write on March 9, Exhibit 22, "Our three weeks

11  together was fantastic, what I felt having you,

12  breaking you in."  And he admitted to writing this.

13  But ladies and gentlemen, he didn't want to let go of

14  Jessica yet.  So for awhile, he talked about the

15  three of them being family, the three of them

16  together, his sweetheart and his woman.  But as he

17  felt Jessica slipping away, slipping out of his

18  grasp, Danielle became the primary target:  "Ray's my

19  name and you're my lamb chop.  I like you sunny side

20  up, toes in the air.  I like you big and soft."  He

21  writes her a letter, Exhibit 25, about her eyes:  "I

22  know how damn big they get while watching me ravish

23  you, oh, yeah.  I know what you're thinking, hell

24  yeah, my pups, and watching me love on you, which is

25  really what I think you like doing most, watching me

1  love you.  I wish I could kiss your eyes right now."

2       Danielle and Jessica both testified.  And

3  they both told you that they had testified before and

4  they had lied.  They had lied under oath before.  And

5  Danielle told you that she was protecting the

6  defendant even as recently as last week.  You've seen

7  these girls.  You've seen their vulnerability.

8  You've seen what they were like at 18 and 19 on the

9  stand, and you've seen what they were like at 16 and

10  17.  And both girls explained why they lied before.

11  They said they were protecting the defendant.  They

12  loved him.  They thought that he loved them.

13  Danielle said she would have done anything for him.

14  She said that she was still guilty, and she didn't

15  want to testify.

16       Well, where did these two girls get in

17  their minds that it was their job to protect the

18  defendant, that it was their job as a 16-year-old,

19  17-year-old to protect this 46-year-old man?  Where

20  did they get in their heads that that was their

21  responsibility, their fault?  Well, you've seen him.

22  You've seen the direction, the control exerted by the

23  defendant.  Exhibit 9 to Jessica Spivey, that's a

24  letter from March 29th:  "Let me give you some sample

25  questions or answers.  If your folks, police, or

1  counselors ask you -- Courtin, my lawyer, is

2  different; you know exactly how to handle that --

3  have you been in contact with Mr. Bray?  No, not

4  since November 15th.  How do you feel about that?

5  What are your feelings for him?  I love him, nothing

6  else.  Our relationship is private.  I will not

7  discuss him with you.  We've never had sex.  I'm a

8  virgin and will be until my wedding night.  I have a

9  code for living.  Baby, I'll be out of jail soon.  Be

10  smart.  Believe in our love."

11       Exhibit 8, March 13, to Jessica, Jessica

12  Bray, here:  "How can you rescue me if you are in

13  jail?  And you'd fucking better rescue me."  You

14  heard him on the phone telling Danielle to tell

15  Jessica, "When I tell her to say something, she

16  should say that," telling Danielle what to tell

17  Jessica to tell the judge, saying, "Write letters

18  immediately.  You tell Jessica to tell the judge that

19  her mother set this up," writing Danielle in March,

20  "Listen to me.  Listen very carefully.  Think of what

21  I've already taught you.  You are my finest pupil.

22  Prove something to me.  Throw away my letters."  We

23  saw that all over:  "Throw away my letters.  Burn my

24  letters.  Prove something to me."

25       Exhibit 58, March 23rd to Danielle, this is

1   the one where he's telling Danielle to go beat

2   Jessica's brains out if she deceives him.  This is

3   the one where he says, "I'm going to consider you as

4   a friend if you have a code for living and how you

5   conduct yourself.  Do you fucking understand that?  I

6   guess not."  Yes, sometimes he's talking about Lydia.

7   Sometimes he's talking about how Danielle was honest

8   with the police and told them she lent $2,000.

9   Sometimes he's talking about how the girls aren't

10  writing him enough.  And remember where he berates

11  her in another letter for not picking up the mail

12  quick enough so that the police couldn't find it?

13  And this one, after telling her to tell Jessica to,

14  in his words, "Eat shit and die," writes, "P.S. I

15  love you, heifer.  See you next when I get out, not

16  ten years from now."

17          Exhibit 59:  "You snitched," to Danielle,

18  "You snitched.  And you don't do that to someone you

19  love."

20          You know what, ladies and gentlemen?  The

21  fact that these girls went to such lengths two years

22  ago to protect the defendant, the fact that it took

23  Danielle so long to finally say what had happened

24  with the defendant, that shows, that proves the kind

25  of control that he was exerting over them, the kind

1   of control that is inextricably bound with the way

2   that he was using these communications to entice them

3   to engage in sexual activity, to keep them on the

4   hook, to keep Danielle on the hook while he was in

5   jail so she'd be waiting for him when he gets out.

6          So let's talk a bit more about the elements

7   of this crime, which we have proven beyond a

8   reasonable doubt.  The judge instructed you yesterday

9   on these elements.  Remember the key.  Of course, he

10  used these facilities of interstate commerce, the

11  mail, piles of letters, e-mail, instant messaging,

12  the telephone, the telephone to hook up to the

13  internet, and the internet.  But the question before

14  you is, how did he use them?  How did he use them

15  because he used them to persuade or to induce or to

16  cause or to seduce, or those other instructions that

17  the judge gave you.  He used them to persuade these

18  girls to engage in sexual activity or to attempt and

19  to try quite hard at that.  And as the Court

20  instructed you, it is illegal under Virginia law for

21  an adult to engage in even consensual sexual activity

22  with a minor between 15 and 18 years of age.  So

23  focus is on the way these communications were used

24  and the defendant's intent.

25          And as you were also instructed, the

1   Government does not need to prove that he

2   successfully persuaded anyone to engage in sexual

3   activity or that sexual activity actually occurred,

4   but we did prove it.  We did prove it.  And that

5   shows the defendant's intent in all these

6   communications.  And what it does is, it takes a

7   communication that is not on its face sexual, and it

8   allows you to take all of the evidence that you have

9   before you and find, even based on one e-mail, that

10  we have proven our case beyond a reasonable doubt.

11          February 3rd, AOL4B, 001, defendant to

12  Jessica:  "After an amazing ordeal, I'm here, Room

13  223.  I love you."  Ladies and gentlemen, you can

14  take this communication and you can use the other

15  evidence before you to find that the defendant's

16  intent in writing this communication is to persuade

17  her to have sexual activity with him.  That's what

18  they were setting up.  That's what they were planning

19  for February 15.  So you can base your finding, based

20  on all the evidence, on a communication in the time

21  period alleged in the indictment that on its face

22  might not be, obviously, an enticement.

23          Or you can take something which is more

24  obvious, E292:  "You're the future queen of internet

25  porn.  Where are we going to go?  Anywhere I can put

1    my dick on you." And you saw, ladies and gentlemen,

2    you saw communication after communication of this

3    nature. You saw that with Jessica.

4         How about a valentine, P135: "You'll sleep

5    good tomorrow with part of me deep in your belly."

6    T142: "And feel it running out of you the next

7    week." You may even find, just looking at the fall

8    2001 time period with Jessica, that enticement is

9    proven by those phone calls and those e-mails,

10   talking every day and setting up plans to meet. And

11   when they were meeting, ladies and gentlemen, they

12   were engaging in sexual activity.

13        And there were e-mails in the fall. Now,

14   these were not yet captured by the Spiveys, so you

15   don't have this kind of a detailed record of the

16   instant messages or e-mails that were going on then.

17   And when Mr. Cokely testified from America Online, he

18   said that he -- that these were no longer saved on

19   the AOL servers, so AOL provided, pursuant to the

20   search warrant, a more recent time period of e-mails.

21        But some of these were found on the

22   defendant's own computer. Exhibit 34, to Danielle at

23   her Softballer016 -- and this is from September 4,

24   2001. And at this point in the relationships, he's

25   talking about Jessica: "Please kiss her sweet ear

1    and send her love.  Thanks, Danielle.  Please make

2    sure baby gets this message.  Please keep this to

3    yourself, James."  By the way, this is from the

4    defendant's fourth e-mail address,

5    support@amerinfoserve.com.

6              And there are other e-mails on the

7    defendant's computer from the fall time period,

8    e-mails from Danielle where she says, "I love you,

9    too."  And this is October 24, Exhibit 39, and the

10   defendant then forwards it to himself, forwards it to

11   support@amerinfoserve.  It had originally been sent

12   to his AISharley address.  The next day, September

13   25, Exhibit 40:  "Hey, you."  This is what Jessica

14   testified about and what Detective Dean testified

15   that he found on the defendant's computer.  Jessica

16   writes the defendant, "Hi.  This is Chris.  I made a

17   fake e-mail address on the computer at school, love

18   you."

19             And ladies and gentlemen, during Detective

20   Dean's testimony, other e-mails found on the computer

21   during this time period were introduced:  35, from

22   Danielle, "Loves, hugs, kisses;" 36, from Jessica, "I

23   miss you so much.  I hope you get my message tonight.

24   Love you, Chris;" 37.  So this shows these

25   communications, this web of communications are even

1  occurring in the fall of 2001 with both girls.

2          What else is found on the defendant's

3  computer?  Documents, saved, composed, Word Perfect,

4  other formats, documents about Jessica that she

5  remembers getting.  For example, Exhibit 46, Jessica

6  testified she remembered getting this in the fall.

7  Now, this alone would not support a finding of the

8  use of an interstate facility because she doesn't

9  remember the format she got it in, but it sure shows

10  the defendant's intent.  It sure shows that he's the

11  one communicating with Jessica throughout this whole

12  time period in this graphic sexual manner.  This is

13  the communication where Jessica says they had

14  actually begun to have sexual intercourse, and they

15  stopped.  She asked him to stop.  And that was the

16  time she brought a condom.  This was in the fall of

17  2001.  She she brought a condom, and he didn't want

18  to wear a condom.

19          So he writes her, and Detective Dean

20  testified that the creation date of this document on

21  the defendant's computer was September 29, and it's

22  dated here, September 28th, 2001:  "Believe in you

23  and me." And remember this very graphic content:

24  "Let me explain this another way because I'm just not

25  sure that you understand.  You give yourself to me.

1    Women give themselves to their men.  You don't worry

2    about me wearing a rubber or if your legs get a

3    little sore or if you need to piss, bleed, die, or

4    whatever else may come to mind."

5           He was already writing this type of

6    communication, ladies and gentlemen, in the fall of

7    2001.  He was writing to a 16-year-old at that time,

8    Jessica.  Her name is in here everywhere, signed, "I

9    love you, James."  Defendant testified he had never

10   seen this document on his computer.  He, in fact,

11   suggested that Mrs. Spivey had written it.

12          There were other documents here on the

13   defendant's computer, ladies and gentlemen.  We

14   didn't show you them all.  We didn't read you them

15   all.  But they are in evidence, and you can review

16   them.  Exhibit 45, to Precious, containing the line,

17   "Jessica, we've been married since Fredericksburg.

18   It is amazing.  It really feels like that to me."

19   And you remember this motorcycle trip to

20   Fredericksburg in July of 2001, other documents, one

21   from her, also found on a floppy disk, Number 43,

22   again, on the defendant's computer.  Number 44, to

23   Precious:  "Hey, baby," on the defendant's computer.

24          Ladies and gentlemen, let's not forget this

25   saved instant messaging session found on the

1  defendant's computer, Exhibit 48.  It's hard to

2  forget the contents of this.  He is instructing her

3  on sending pictures to him, and then he's trying to

4  get her to take extremely graphic sexual pictures.

5  Now, she didn't do it.  She said she was too

6  embarrassed to do that, but he sure tried.  He sure

7  tried to use this instant messaging that was saved on

8  his computer in this other format.  He sure tried to

9  get her to take that kind of picture.  I'm sure you

10  remember this content, ladies and gentlemen.

11         And what else is significant about this is

12  that it absolutely corroborates what Jessica was

13  telling you.  She said, while she was writing this,

14  having this instant messaging with the defendant, she

15  did send him some pictures of herself.  She

16  remembered sending these pictures.  The defendant --

17  once she identified JS14, well, the defendant even

18  admitted that he had this on his computer.  And he

19  said, yes, that was a picture of Jessica in her first

20  bra.  Well, how would defendant know it's her first

21  bra if their relationship was as he described it?

22  Why would he have this picture on his computer?  And

23  more importantly, Detective Dean testified that this

24  document was created on the 27th of January.

25         Then he testified about the images found on

1   the defendant's computer.  These images in Exhibits

2   49 through 49S were found on the hard drive.  And he

3   testified that, yes, these three images that Jessica

4   said she sent the defendant during this instant

5   messaging, these three images on Exhibit 49H were

6   found on the defendant's computer.  And guess what,

7   ladies and gentlemen?  As you recall, Detective Dean

8   testified that these images were created on his hard

9   drive on January 27th.  It all fits together, ladies

10  and gentlemen.  It corroborates Jessica's testimony.

11  It shows you the way the defendant was using these

12  communications to entice Jessica.

13          Defendant also admitted to having the

14  picture of Jessica in her thong on his computer.

15  Well, he pretty much had to, didn't he, because the

16  police came in and saw this on his computer.  Doesn't

17  that raise a question, ladies and gentlemen, an

18  interesting question?  Jessica was only there for two

19  minutes and he didn't know she was coming, yet

20  somehow he had time and wanted to pull this sexual

21  picture of her in a thong up on his computer, and

22  that was while she was in the bathroom stripping all

23  her clothes off, unbeknownst to him.  Those clothes

24  then magically appeared in the bedroom when the

25  police got there and were seen on the floor by the

1  police.  Ladies and gentlemen, defendant was quite

2  literally caught with his pants down.  But, of

3  course, he attempted to explain that away, too,

4  saying that the police had pulled his shorts down.

5        Another thing I would like to highlight

6  about communications to Jessica has to do with the

7  testimony of Scott Polk because, although the

8  government is only required to show the use of these

9  interstate facilities, facilities of interstate

10  commerce, such as the internet or the telephone, we

11  did, in fact, show that these communications also

12  travelled through another state.  We showed that they

13  went through Slidell, Louisiana.  Scott Polk

14  testified that his service, myownemail.com, which is

15  where Jessica got her

16  seriouslyprecious@youareadork.com e-mail address,

17  every communication to or from that travelled through

18  Slidell, Louisiana.

19        And let's look at some of those

20  communications, ladies and gentlemen.  Exhibit 4B --

21  you'll have them all -- 9 February 2002, "Dreams,"

22  defendant writes -- excuse me, again -- "of me

23  fucking her ass.  I want to marry you.  I want you to

24  have Max, Alex, and baby Jessica."  By the way,

25  ladies and gentlemen, do you remember Exhibit 9, part

1  of a letter that defendant admits writing?  Well,

2  what do you know?  "I am your fiance.  You are mine.

3  We will be married forever and have four kids, Max,

4  Alex, Jessie" -- there's a fourth one here -- "Harry

5  Dick Bray, truly madly, deeply."

6          While we're talking about the youareadork

7  service, you may recall that Danielle also used this

8  service.  She chose a different domain name, as it's

9  called.  She chose toosexyforyou.com.  Mr. Polk

10  recognized that.  He said, "That's one of our domain

11  names.  We have had that domain name at myownemail

12  since 1997.  That means communications to

13  toosexyforyou.com passed through our servers in

14  Slidell, Louisiana."  And Danielle chose

15  harleybitchforlife@toosexyforyou.com.

16          You'll find those communications different,

17  very different in tone from some to Jessica in this

18  time period.  You'll find them at AOL4B.  He writes

19  her, for example, on 13 February, "Awesome, blown

20  away, star struck, all of those words describe what I

21  feel since the first day that I laid eyes on you,

22  darling.  And it goes on:  "Danielle Nicole, a name

23  that makes my heart pound.  I love you, baby, and I

24  always will."  Another simple one, 12 February,

25  saying simply, "I love you."  Those are his methods

1  with Danielle at that time.

2          I'd like to spend just a few minutes

3  talking about the drug charges against the defendant,

4  supported, also, by the testimony of Jessica Spivey

5  and the numerous other witnesses that you saw.  Let's

6  first take February 15, the possession with intent to

7  distribute charge.  How do you know that he possessed

8  it?  Police found it.  They found it in his drawer.

9  They found it.  They passed it securely through all

10 those officers that came in here, and they tested it.

11 You heard Corey Myer, and it tested positive; it was

12 marijuana.

13         How do you know that defendant intended to

14 distribute it?  Well, first, Jessica testified that

15 he offered it to her.  She refused that time.  She

16 wasn't there long, but he offered it to her.  And you

17 also know, as the judge told you, you are allowed to

18 take certain other uncharged acts into your

19 consideration, not to prove that he did the charged

20 act, but to show his knowledge or his intent.  So you

21 can take the testimony about the Fredericksburg

22 motorcycle ride and smoking pot together on that

23 occasion, and you can use it to determine or

24 influence your determination that the defendant, when

25 he was found possessing marijuana on the 15th of

1  February, had intended to distribute it to Jessica.

2  And you heard about other times they smoked pot

3  together.  And one of those other times is charged,

4  charged as distribution of marijuana on or about

5  November 10.

6          As you were instructed, you are not

7  required to find that this happened on an exact date.

8  The question for you is whether you find that it

9  happened and that it happened reasonably near -- at a

10  time period reasonably near the date charged in the

11  indictment.  No, Jessica could not remember exact

12  dates; she could not.  But then she was able -- she

13  did testify she did remember that, in this time

14  period, fall 2001, she saw the defendant at the

15  football games.  She would see him.  She would

16  pretend she was going to the football games.  She

17  would sneak off.  She would see him in his hotel

18  room.  She said he gave her pot.

19          And then when asked about a specific

20  occasion, she said, yes, she went to football games.

21  I believe -- your recollection controls, your

22  recollection of the testimony -- but I believe she

23  testified that she went to drop her sister off at a

24  football game in the fall, and instead -- and then

25  she went over to the defendant's hotel room and drank

1   and smoked pot.  And when asked whether she brought

2   that pot, she said no.

3           So ladies and gentlemen, you may use this

4   and other evidence such as, by the way, Number 48

5   where the defendant instant messages her that he's

6   smoking a doobie.  You may use this and other

7   evidence to find that he knew the contents of what he

8   possessed, that he intended to distribute it on the

9   15th of February.  And you have evidence and we have

10  proven that he also distributed marijuana to Jessica

11  Spivey in the fall of 2001, reasonably near the date

12  listed in the indictment as on or about November 10.

13          In the fall, defendant was also laying the

14  groundwork for the enticement of Danielle.  There

15  were e-mails on his computer on that and testimony on

16  that.  And then his use of these facilities of

17  interstate commerce intensified in January, starting

18  around the 24th.  And again, the question is how he

19  used these communications.  You've seen these later

20  e-mails in January and February to Danielle.  You've

21  seen -- in AOL Exhibits 2 through 7, you've seen that

22  Danielle's e-mail addresses, some of them, were on

23  his buddy lists.  And Don Cokely told you that that's

24  a convenient way for a user to find someone when

25  they're online and communicate with them in ways such

1   as instant messaging. And you've heard the

2   defendant's own voice, February 25th 2002, in a

3   telephone call to Danielle -- this was a three-way

4   call through his mother -- where he tells her, among

5   other things, he's only going to be living three

6   blocks from her when he gets out.

7            And there are the letters, all these

8   letters. March 9, he wishes he wouldn't have worn

9   her out so damn quick and had some more fun. He'll

10  write her every day. Her time will come. Some

11  letters entice with talks of children, sometimes

12  using the same names he used with Jessica, such as

13  Max. And sometimes this talk of children is mixed

14  with --

15           THE COURT: Excuse me. I just want to take

16  a five-minute recess.

17           (The jury left the courtroom at 10:19 a.m.)

18           THE COURT: The last gentleman sitting

19  there has been coughing. He has told the marshall

20  he's sick to his stomach. Since we have two

21  alternates, I would like to release him. So what is

22  his name?

23           MS. WALDRON: It begins with a C, I

24  believe.

25           THE CLERK: Edward Carter.

1    THE COURT:  Carter.  Okay.  I am going to

2  release Mr. Carter.

3    Why don't we take about a five-minute

4  break.

5    (Recess, 10:20 a.m. to 10:26 a.m.)

6    THE COURT:  All right.  Call the jury back.

7    (Jury entered the courtroom at 10:26 a.m.)

8    THE COURT:  All right.  You may proceed.

9    MS. WALDRON:  Ladies and gentlemen, we were

10  talking about the way that the defendant used these

11  communications and, in the case of Danielle, used the

12  United States mail to entice or persuade her to

13  engage in sexual activity, to keep her on the hook so

14  that she was waiting for him when he got out.

15    Exhibit 25, where he talks about her eyes,

16  talked about other mail, other letters.

17  Unfortunately, we need to talk about this birthday

18  letter, the birthday letter that the defendant

19  described in a phone call that you heard as one of

20  the best things he has ever done in his life and

21  described in later letters as hot.  He said it was

22  his story, his story of love, and he emphasized it

23  was a story.  Yes, it's written as a story.  It's not

24  a documentary or journalism.  But it's not a story

25  written in a diary and tucked away.  It's not a story

1   that he wrote in a letter and kept in his jail cell.

2   It's a story he wrote, a 17-page sexually graphic

3   story that he wrote and put in the mail and sent to a

4   16-year-old for her 17th birthday.  This is a letter

5   that he's using to entice her and persuade her and

6   get her and keep her on the hook so he can have sex

7   with her when he gets out of jail.  This is an

8   enticement.

9           Ladies and gentlemen, it goes from "Happy

10  birthday, darling" to graphic descriptions of all

11  kinds of sex, vampire sex, Danielle growing a penis,

12  oral sex.  You heard Officer -- Sergeant Sandridge

13  when she was required to read some of it on the

14  stand.  You heard that language, ladies and

15  gentlemen, and it goes on for 17 pages, and it was

16  put in the mail to Danielle.  And you know how it

17  ends:  "Happy birthday, my love.  I will never be

18  away from you, again.  And soon I will be with you

19  forever."

20          And then he writes her another letter about

21  this birthday story.  And this letter, Exhibit 30,

22  was seized by Sergeant Sandridge, so it doesn't show

23  that it went, actually, through the mail, no.  But it

24  sure as heck shows his intent.  He writes, "Danielle,

25  I'm coming home.  I need my baby, 24/7.  Limber up

1  because I'm backed up to fucking China.  Tell my pups

2  I got a collar for them.  Get ready.  I love you, J."

3  Ladies and gentlemen, there is overwhelming

4  evidence that the defendant used the mail, used the

5  telephone, used the internet, used every means of

6  communication he could use to get to these girls,

7  Jessica and Danielle, to get to these minors, to get

8  them to have sex with him.  And whether he actually

9  had sex with them or not, there is overwhelming

10  evidence that he was using these communications to

11  get them on the hook, that his intent, his single

12  minded pursuit of these girls, whether he's talking

13  about children, poetry, or anal sex, that his purpose

14  is to get these girls to engage in illegal sex with

15  him.  And we ask you to find him guilty.

16  MR. WILDER:  Good morning, ladies and

17  gentlemen.  It has been a long week; I know.  And I'm

18  glad that you've been paying attention and watching

19  everything that has been going on.

20  I'm struck by a few things at the outset.

21  You may recall, at the very beginning of this case, I

22  asked you all how you would feel about an older man

23  having an emotional relationship of any sort with a

24  younger woman.  And everybody recoiled a little bit

25  and was uncomfortable with it, but every one of you

1   promised that you could put that aside and judge the

2   case based solely on the evidence.  And I'm sure that

3   you have been doing that and are going to continue

4   doing that.

5          The issue in this case, the relationship

6   that Mr. Bray had with Jessica Spivey and Danielle

7   Lamb, is not the ordinary kind that most society

8   accepts.  And because of that, we've recoiled, and we

9   seek to find evil in it.  We seek to find predatory

10  behavior in it.  We can't believe that or are not

11  willing to accept that there could be a loving,

12  emotional relationship between an older man that

13  looked like Mr. Bray did at the time and these

14  younger women without there being some sort of bad,

15  evil activity on the part of Mr. Bray.

16          Ms. Waldron started off by calling him a

17  predator.  I told you, at the beginning of the case,

18  you were going to see that there is no evidence that

19  Mr. Bray is sitting around trolling on the internet,

20  going to chat rooms, looking for minors to ensnare in

21  his evil web.  There's no evidence of that.  He met

22  both of these women because his daughters were

23  classmates.  They brought them to the house, just

24  like I'm sure a number of your sons and daughters

25  have brought classmates and friends to meet you.

1  That's how he met them.  He had no -- didn't go out

2  and try to find them himself.  And in fact, the

3  testimony is that, at least for some period of time,

4  they kept coming back to the house to see his

5  daughters and otherwise interact, and that was the

6  only time he was seeing them.  He is not lurking in

7  his little spider's web, drawing tentacles out and

8  trying to capture these women.  But that's just part

9  of how the Government has twisted every part of this

10  case, to try to re-characterize everything about it.

11       You've seen tons of documents, but these

12  are only a portion.  And I'd ask you to go ahead and

13  look through anything you want.  There are certainly

14  some sexually explicit communications in part, but

15  the overwhelming majority of the communications and

16  the documents provided are relatively standard

17  emotional, you know:  "What are you doing in school?

18  I'm concerned about the people you're hanging out

19  with.  You need to learn to deal with your parents

20  better."

21       But what the government wants to do, taking

22  their assumption that Mr. Bray is evil and that he

23  was trying to lure these minors into his web, they go

24  back and they re-characterize everything, even the

25  most innocent letter, communication, or phone call

1  now becomes evil instead of -- it becomes, Oh, this

2  is his tool of doing it.  This is how he treats this

3  person.  You know, this is how he treats Jessica.

4  This is how he deals with Danielle.

5          I think we all understand, as human beings

6  with common sense, that people interact differently

7  with other people.  How I would interact with one

8  person may be different from how I speak and how I

9  interact with another person.  That's just normal.

10  But in the eyes of the U.S. attorney, that becomes a

11  tool.  That shows deviousness on Mr. Bray's part.

12  And I ask you to reject that thinking and to look

13  carefully at what's going on here.

14          Mr. Bray got on the stand and testified

15  yesterday under no obligation to do so, but he wanted

16  to tell you in his own words his version of what was

17  going on.  He testified that he was not using the

18  Dickyfus user name.  And despite all the evidence

19  that's been brought in and all the experts that we

20  listen to, not a single one of those experts could

21  tell you, with 100 percent certainty, that Mr. Bray

22  wrote any of those Dickyfus messages that we looked

23  at.  Not a single one can do that, not Mr. Cokely

24  from AOL, who agrees that, if you know the password,

25  anybody can use anybody else's AOL user name, not

1  Mr. Dean.

2          And I thought it was especially important

3  that he testified that, when they looked at

4  Mr. Bray's computer, the passwords to the screen

5  names were cached on the computer, which means that

6  anybody with physical access to Mr. Bray's computer

7  can go on and send messages, receive messages using

8  any of the user names there.  And you just don't know

9  who that person was.  It's, frankly, just a function

10 of the medium, and that's why we have issues with

11 people, identity theft, and various things because

12 anybody with access to your passwords to the computer

13 can be you.  And it's almost impossible to 100

14 percent prove who it is.

15          I thought it was interesting that nobody

16 was able to provide testimony that Mr. Bray had

17 exclusive access to his computer because that would

18 have been critical.  If you could show that Mr. Bray

19 was the only person that could have gotten to the

20 computer at a given time, that might have helped, but

21 we didn't see that.  In fact, there was testimony

22 that other people had access to Mr. Bray's computer.

23 His daughters, for example, at times, had access.

24 Anybody that was over at the house visiting his

25 daughters had access to the computer at times.  And

1  in fact, the undisputed testimony before you is that

2  Danielle Lamb had access to the computer even while

3  it was at the Super 8 Motel.  Danielle Lamb was here

4  and was available to rebut that assertion by the

5  defendant.  It was not, so it's uncontradicted

6  testimony that Ms. Lamb had access all the way to

7  February 15th to this computer.

8              I also want to make sure you keep track of

9  one point that Mr. Dean made with regard to file

10  creation dates.  He testified that a file creation

11  date is the date that a file is first saved on the

12  computer or the date that it's moved.  So if you save

13  it on the computer on one day, that gets a creation

14  date.  If you move it from a folder to another

15  folder, it's got a new creation date.  So you don't

16  know, by the creation date listed on some of the

17  Government's exhibits, when that document got on the

18  computer for the very first time.  And especially in

19  conjunction with the fact that they can't ascertain

20  who had access to the computer, that evidence becomes

21  almost worthless.  You just can't tell where any of

22  these messages are coming from or who's sending them.

23              I'm going to skip a little bit ahead

24  because I think it's consistent with the approach

25  that the Government has been taking in this case.

1  You've got two counts of enticement and then what I
2  kind of call throwaway, tack-on charges of drug
3  distribution.  And what the Government wants you to
4  do is take your dislike for Mr. Bray, based on this
5  relationship with the minors, and they want you to
6  use the prejudice and dislike you have for him, based
7  on that evidence, and gloss over the lack of evidence
8  on the drug charges.
9          And in particular, I thought it was
10  interesting that Ms. Waldron, referring to the
11  February 15 possession with intent -- she even told
12  you to do that.  She told you -- and it's
13  permissible -- you are allowed to use the other facts
14  and circumstances in the case to affect your decision
15  as to whether he possessed with intent on that
16  particular day.  But look what she asked you to use.
17  She asked you to look at the uncorroborated testimony
18  of Jessica Spivey.  These are serious federal drug
19  charges, ladies and gentlemen, especially on November
20  10th.  They are alleging that he's a drug dealer.
21  It's the same thing, that he distributes drugs.
22          And what's the evidence?  We don't even
23  have marijuana to look at on the November 10th
24  incident.  They have nothing.  All they have is the
25  uncorroborated testimony of Jessica Spivey, who we

1  already know has come into court on at least four

2  different occasions and lied.  We don't know whether

3  she's telling the truth today or the other day or

4  not.  We just don't know.  And she's the only

5  evidence whatsoever that on some undisclosed date in

6  November that he distributed drugs to her.  They

7  indicated the date on or about November 10th.  On my

8  cross-examination, all she could come up with was, it

9  was sometime around the football game.  So if the

10  standard football season for UVA is late August to

11  November, early December, maybe January if they got

12  to a bowl game that year, that's all you have.  And I

13  would submit that you're not permitted to find the

14  defendant guilty beyond a reasonable doubt of

15  distributing drugs on or about November 10 when

16  that's the evidence you have.

17          Similarly, on the possession with intent on

18  February 15, in that case, at least there is what has

19  been testified to as being marijuana.  So the

20  Government is looking a little better on that one.

21  But Mr. Bray has denied that the marijuana was his.

22  And for all we know, Jessica could have brought

23  marijuana with her when she came in.  She testified

24  that, at least on one occasion, she brought marijuana

25  to Mr. Bray, so it's not outside the realm of

1   possibility that she was the person that brought it

2   in. And in the hoopla of whatever happened with the

3   police within the next couple of minutes, she got it

4   out of her pockets.

5          The only evidence they have that that

6   marijuana was allegedly being used to distribute was,

7   again, Jessica Spivey's testimony. There was no

8   testimony from the police officers that the amount

9   was inconsistent with personal use. You'll see from

10  the lab analysis that it was less than a quarter of

11  an ounce, a very small amount. There were none of

12  the usual indicia of drug distribution, baggies,

13  other means of separating it out in order to

14  distribute it. There was none of that. All we have

15  is Jessica Spivey's testimony, and I would submit

16  that that's not sufficient to find him guilty beyond

17  a reasonable doubt of those charges.

18         And I hope you look at the marijuana

19  certificate from the lab. You'll see that it was

20  sent to the lab in July of 2003. Now, this is

21  something that was taken February 15, 2002, and they

22  don't send it to the lab for more than a year. And

23  you might ask yourself, what's the reason for that?

24  And we don't know. I would submit to you that it's

25  kind of part and parcel of the Government, who was so

1  eager to get whatever they could on Mr. Bray on the

2  enticement charges, and they got worried about them.

3  So we've got to tack on stuff because we're going to

4  get Mr. Bray any way we can. And if we don't have a

5  good marijuana charge on him, we're going to add it

6  onto something else because we know the jury is going

7  to hate him, based on the other charges. So I'll ask

8  you to look at that very carefully.

9          With regard to the first two charges, what

10  he's charged with is using the mail or interstate

11  means of communication to entice a minor to engage in

12  any sexual activity that would be a crime under

13  18.2-371. Now, you've got an instruction on

14  18.2-371, and I want you to look at it because it

15  actually describes sexual intercourse. That's the

16  exact wording of the statute. And I would submit to

17  you that that's not necessarily the same thing as

18  sexual activity. I think our common sense

19  understanding of the terms is that sexual activity is

20  a broader category of behaviors than sexual

21  intercourse. But you need to find that he attempted

22  or, in fact, enticed these minors to engage in sexual

23  intercourse in order to find him guilty.

24          And we've talked a little bit about the

25  Dickyfus messages. Let's talk a little bit about the

1   letters to Danielle Lamb after Mr. Bray was in jail.

2   And I would submit to you that those letters were

3   worthless.  You can look at them.  Just look in there

4   and find something that says, "I want to have sex

5   with you," with a time reasonably ascertainable.  You

6   won't find it.  You'll find lots of communications

7   with her.

8           Remember, this is a man who was in jail,

9   who was in the hole.  He was surrounded by murderers

10  and rapists on either side.  He was a pretty

11  desperate guy, no question about it.  And he had lost

12  all control over what was going on in his life.  He

13  had lost his children.  He's in jail.  He's got no

14  family in the area.  He's dependent on what friends

15  he has.  Now, in this case, his friends were

16  underage, but he's not at fault, necessarily, for

17  that.  He has to reach out to the only people he has

18  for basic things like communication, just to have

19  someone to talk with, to do routine errands, to get

20  things to and from his attorneys, to find out what

21  they were doing with their day.

22          And you can imagine, when your only means

23  of communication is now limited to writing and you're

24  getting letters back -- because we only saw just a

25  tiny portion of the communications.  The Government

1   obviously picked the ones that have salacious

2   language in it because they want to skew your

3   perception of the whole relationship.  But everybody

4   has admitted that there were tons of letters back and

5   forth with perfectly humdrum, normal communications.

6          Mr. Bray -- and he has testified that he

7   was hearing from Danielle Lamb, that she was hanging

8   out with people that were known to have drug

9   problems, people that you wouldn't want your sons and

10  daughters hanging out with.  And what can he do,

11  sitting in jail, other than tell them, "You need to

12  do what I'm telling you"?

13         The way you respond in those situations is

14  not necessarily how you would if you were able to

15  have face-to-face, more reasoned communications.  And

16  we have not denied that his language at times is not

17  what we would consider appropriate, frankly, for any

18  communications, not just one between an older person

19  and a younger person.  But try to keep it in the

20  whole context of what was going on.  If all you can

21  do is write, if your only means of showing how

22  impassioned you are about a subject is through the

23  written word, you might end up using bad language and

24  underlining and being abrupt and being pretty crude

25  sometimes to try to make your point across because

1   his control was limited.  He essentially had no

2   control over these woman.  They've testified, if you

3   believe everything they said, that he never did

4   anything to them that they didn't want to do, that

5   when he asked them -- and this is if you believe

6   everything they said on the stand.  If he asked them

7   to do something that they didn't want to do, they

8   said no.  This was not a man that was controlling

9   them in any way.

10          And when you get down to it, the only

11  testimony we have, the only evidence that any actual

12  sexual activity took place is from the girls

13  themselves, who are known perjurers.  They're not

14  going to be charged for it, almost certainly, but

15  they came into court and admitted Jessica -- that she

16  perjured herself in at least four different courts.

17  Danielle Lamb, if you believe her testimony during

18  this proceeding, perjured herself in the

19  Charlottesville Circuit Court and perjured herself --

20  it wouldn't actually be perjury, but she lied on an

21  affidavit that was submitted to this Court.  That's

22  not -- those witnesses don't have the kind of

23  credibility in this case that you need in order to

24  find Mr. Bray guilty beyond a reasonable doubt.

25          And what I thought was interesting is, they

1  talked about how Mr. Bray told these girls at various

2  times how to testify in court. And we've heard some

3  communications and seen some letters where he tells

4  them, "You need to say this to the judge or this to

5  the Court." And that's been characterized by the

6  Government as him telling them to lie. I made a

7  careful note when Ms. Spivey was testifying because

8  she testified, specifically, that Mr. Bray never

9  instructed them to lie. And that's important

10  because, if they were saying X and Mr. Bray said, "I

11  want you to say X," and he wasn't telling them to

12  lie, then what they said earlier, the implication is,

13  is that was the truth.

14         So why are they changing their testimony

15  today? It has been years after the fact. You can

16  understand, if you saw some of the letters, they

17  could easily get upset because it looks like Mr. Bray

18  was playing two sides of the coin, that he was having

19  an emotional relationship of some sort with two

20  different women. That can get you mad. And in fact,

21  Jessica even testified that she got jealous about

22  Danielle a little bit.

23         Danielle, in particular, also testified

24  that people had been coming to her and telling her

25  what she knew to be false things about Mr. Bray in

1   order to influence her testimony.  If you say bad

2   things about a person, you can eventually convince

3   them to say bad things about him as well.  And I

4   think it's interesting that for years she has not

5   said anything, not corroborated with what the

6   Government asserts.  And it's only when they keep

7   bringing her back and keep bringing her back multiple

8   times, shipping her in from Oklahoma so she can be

9   interrogated over and over again by the U.S. attorney

10  and by other law enforcement officials, they only

11  broke her down just a couple of days ago.  She even,

12  according to them, lied to the U.S. attorney until

13  just two days ago -- well, two days before trial.

14  But it took until that long for them to finally get

15  what they thought they needed from Ms. Lamb.

16          All I want you to do -- you've listened to

17  a lot of evidence.  You've got a lot of stuff to look

18  through.  At times, the evidence has been tedious,

19  overdone in some regards.  The Government has brought

20  in so much evidence because they want you to think

21  badly about Mr. Bray.  We have looked at photographs

22  by police officers thinking that a good surveillance

23  place would be of a hotel.  The Government hasn't

24  missed a stone, left a single stone unturned in

25  trying to convince you that something bad was going

1  on.  And you heard Mr. Bray.  He voluntarily took the

2  stand, didn't have to, but it was so important to him

3  to tell you about the real relationship between

4  himself and these women.  And we ask you to consider

5  all that carefully and consider the evidence,

6  consider what I think I pointed out as some of the

7  weaknesses in the Government's evidence, and ask you

8  to return verdicts of not guilty as to all the

9  counts.

10        MS. WALDRON:  Ladies and gentlemen, what

11  the Government wants you to do is look at the

12  evidence.  Look at it carefully, read the evidence.

13  What the Government wants you to do is not to find

14  that the defendant is a bad person, not to find that

15  the defendant is a crude person, not to find that the

16  defendant is evil.  What the Government wants you to

17  do and what the evidence shows is that the defendant

18  is guilty of using these communications to entice or

19  attempt to entice these girls to engage in illegal

20  sexual intercourse.  Now, we don't have to prove that

21  the sexual intercourse occurred, but the evidence

22  shows that that's what he wanted.  And we don't have

23  to prove that the girls were persuaded.  The evidence

24  shows that was his purpose.

25        You were not asked to leave your common

1   sense at the door when you came in to serve as

2   jurors.  You have all this evidence.  You can look at

3   this evidence, and you know that the same person who

4   is writing Jessica Spivey letters in the fall that

5   were found on the defendant's computer where he talks

6   in graphic sexual language about her not having --

7   not having wanted to use a condom and later says --

8   and excuse me for, again, using the defendant's

9   words -- "You don't bitch when the man you supposedly

10  love has his dick in you" -- the evidence shows that

11  the same man who wrote that and other communications

12  found on his computer with creation dates consistent

13  with Jessica's testimony was writing her those

14  instant messages, those e-mails in January, February.

15          And you can look through this binder, and

16  you can see the way this e-mail account was used.

17  And you can see the e-mails to the defendant's

18  daughters from Dickyfus talking about the things that

19  a father talks about with his daughters, including

20  the things a divorced father talks about, such as,

21  "Where has your mother been for the past 14 years?

22  Call me.  It's daddy," basic things a father talks

23  about with his daughters.  You will see that.

24          The defendant used Dickyfus as a screen

25  name.  The defendant used other screen names.  He

1   used the support@amerinfoserve. He used AISBA. He

2   used AISharley. But mostly, for those instant

3   messages and those e-mails in that January, February

4   time period, he used the Dickyfus screen name. If

5   you don't already know that, from using your common

6   sense to review these communications and seeing

7   things like letters he admitted writing where he uses

8   the names Max, Alex, et cetera, nicknames, Precious,

9   Princess, ways of signing off, "truly, madly,

10  deeply," used, also, in the e-mails from Dickyfus.

11  Phrases, even for sexual things such as "backed up,"

12  he used in the e-mails and the IMs and then later in

13  a letter he admits writing to Danielle.

14          All of these things we have discussed, such

15  as all these documents and pictures and e-mails found

16  even on his own computer and all the common sense

17  inferences that you can make reviewing the evidence,

18  reviewing these screen shots, seeing the talk about

19  court, seeing her in court today, hearing Jessica's

20  testimony. You see the IM, February 6th: "Let's

21  meet up, briefly." She testified they met up at Toys

22  R Us. Then you see the instant message later that

23  night: "It was good to see you even though it was

24  only a few minutes." Who showed up? The defendant

25  showed up, the defendant who has been using the

1  Dickyfus account.

2       But ladies and gentlemen, you have more

3  than just that.  And this does take connecting the

4  dots on what those experts told you and what other

5  witnesses told you.  Don Cokely, he told you a few

6  very important things.  Don Cokely from AOL told you,

7  first, only one screen name in a given account can be

8  online at any time.  So if you know that an account

9  is being used, you know that only one screen name is

10 on so that someone else on some other computer, some

11 other fantasy imposter, can't be using that.  And you

12 can look at Exhibit AOL2A, and you have detailed

13 account information for Mr. Bray's AOL account,

14 master screen name, AISBA.  You can see, ladies and

15 gentlemen, which screen name was using AOL at any

16 given time.

17      And you will see, when you look at the

18 other evidence in the case, that these screen names

19 are being used at exactly the same time as the

20 instant messages are being written to Jessica, as the

21 e-mails are being written to Jessica and Danielle.

22 You can see that.  And then you will ask, "Well, how

23 do we know where this account is being accessed from?

24 How do we know that?"  Well, first of all, ladies and

25 gentlemen, we know what one of the AOL access numbers

1  was in Charlottesville, Virginia, in that time

2  period.  You have exhibits, such as A16, showing

3  Jessica dialing up.  Don Cokely testified about that.

4  We know the AOL access numbers.  We also know, from

5  Detective Dean, what AOL access numbers were being

6  used by the defendant's computer, Exhibit 35, one of

7  those numbers, 297-0358.

8         And as we connect the dots further, we

9  heard Mr. Meta.  He came in and testified about the

10  hotel records from the Super 8 that the defendant was

11  staying at.  The defendant was staying there February

12  13, 14, 15 before he meets Jessica Spivey there,

13  before sexual intercourse, after these

14  communications.  When you look at these hotel

15  records, you will see consistent, exactly matching --

16  in fact, the hotel records are about five minutes

17  fast.  AOL were the ones that were so careful with

18  their time.  Mr. Cokely explained how important it is

19  for them to have their time exactly on.

20         You will see that when Dickyfus is online,

21  when that account and no other account held by

22  Mr. Bray, therefore, is online, the Super 8 Motel

23  phone in the defendant's room is being used.  You

24  will see that.  You will see 376 minutes on the 14th

25  of February, 2002.  Was some imposter, Danielle

1   perhaps, in there for 376 minutes on the 14th of

2   February?  You look at the AOL records.  Well, yes,

3   22:19, on the 14th of February, Dickyfus, that

4   account was used for that same time period.  And you

5   see the call to the AOL access number from the

6   defendant's hotel room.

7           And the only thing that's a little tricky

8   about connecting these dots is what Mr. Meta

9   explained was the night audit, how the date doesn't

10  change until after the night audit.  This particular

11  time, though, it doesn't involve that, doesn't span a

12  night audit, is not confusing to see that date,

13  2-14-02, 22:14, 146 minutes.

14          And by the way, ladies and gentlemen,

15  that's also when evidence from the Spiveys' computer,

16  these screen shots, show the defendant and Jessica

17  having an instant messaging session.  First, you see

18  Jessica looking for Dickyfus.  That's at 10:10 p.m.

19  Well, we know, from the AOL records, that he wasn't

20  on yet.  He didn't get on until 10:19 p.m.  And so

21  you see, in Exhibit T1, she's looking for him and T2,

22  "Member is not currently signed on."  But within ten

23  minutes, he is on; Dickyfus is on.  And then they're

24  chatting, and they're using these communications, and

25  the defendant is using these communications to entice

1  her to engage in sexual activity.  From his hotel

2  room, on his America Online account, he's saying

3  things like T135:  "You'll sleep good tomorrow with

4  part of me deep in your belly."

5          Ladies and gentlemen, when you apply your

6  common sense to the overwhelming evidence in this

7  case, the defendant is using a Dickyfus account.  And

8  you cannot read these communications without it being

9  clear that he is using these communications to induce

10 Jessica to engage in sexual intercourse or attempting

11 to do so because, again, we do not need to prove that

12 it actually occurred.

13         And that's even more important when we're

14 talking about Danielle.  Defense made a lot about the

15 written word, defendant's need to express himself

16 from jail.  Well, first of all, you know he was

17 writing these things way back in the fall before he

18 was in jail.  That's the way he talked to minors

19 then.  That's the way he talked to Jessica Spivey.

20 You know that, ladies and gentlemen.  And the

21 defendant tries to put this on jail.  Well, the fact

22 is, that's not even an excuse even if it was why he

23 was communicating this way.  That's irrelevant.

24         And perhaps he's not saying exactly, "I

25 will have sex with you on August 14 at 2200 hours."

1  No, it would have been, in fact, easier for you to

2  review the evidence if he had used words such as

3  that. Instead, he's writing, such as Exhibit 56, and

4  that's way back in March when he thinks he's getting

5  out soon, as you recall from these letters and phone

6  calls: "I'm getting out soon." He's writing, in

7  addition to -- talked about being devious, how she

8  needs to be so careful with the mail. "From the

9  moment I felt your loving heart beat close to

10  mine" -- and I'll just abridge this about her hot,

11  thick tongue sliding into his mouth -- "the first

12  time I licked your succulent, luscious flower, the

13  first time I felt your strong legs around me, the

14  first time I felt you tightening around my love, my

15  world changed forever."

16          And with Danielle here, in this letter that

17  he admitted writing, he has a variation of "truly,

18  madly, deeply," with Danielle: "Unconditionally,

19  passionately, tenderly, until the end of time."

20          Ladies and gentlemen, you don't even need

21  the testimony of Jessica and Danielle to find that

22  the defendant beyond a reasonable doubt was using

23  these communications to entice or attempting to

24  entice these girls to engage in sexual intercourse

25  because, make no mistake, with Danielle, in a

1  slightly different way from Jessica, he's laying the

2  groundwork because he wants her there for sexual

3  intercourse when he gets out of jail.

4          He always thinks that's going to be soon.

5  CD12, we played it for you at the beginning.  He

6  starts the phone call off, which you heard in court,

7  that he'll be out in the next couple of weeks.

8  Remember, he says he has to be careful, using

9  expletives of course.  But he says he has to be

10  careful what he says on the phone.  But then he,

11  still, in his own very subtle way, talks about how he

12  could watch Danielle's big ankles up in the air,

13  talks about how she should have gotten more of his

14  good loving while she had the chance, and then later,

15  how she'd better remember that when he gets out.

16          Ladies and gentlemen, that both confirms

17  the past sexual activity and lays the groundwork for

18  future sexual activity, which the defendant --

19  although he has no definite date, he keeps thinking

20  it's going to be very soon.  That's his intent.

21  That's what is important for these charges.

22          He intensifies the sexual contact, still

23  thinking he's going to get out soon.  He writes the

24  birthday letter, ending it, "Get ready.  I'm coming

25  home."  And remember, in that phone call that was

1 played in court, he talks about the birthday letter,

2 talks about how it's the best thing he has ever done.

3 He said another thing, too: (Audiotape played) "I

4 get stronger every day. When I walk out of here,

5 there ain't nothing going to stand between me and

6 you." (End of audiotape)

7       Ladies and gentlemen, he keeps thinking

8 he's getting out. In Exhibit 61, he writes a letter

9 to Danielle, April 17: "You are not supposed to be

10 jealous of Jessica. That's our deal. That's our

11 deal since day one. It has not changed until there's

12 a good reason to change it. I do love you. I love

13 her. I know that you're good to me, but she's good

14 to me, too. Danielle, I'm the judge of that baby,

15 not you. You're supposed to love me and wait for me,

16 no matter what. Quit bitching and do it. I'm

17 getting out in a couple of weeks and leaving Virginia

18 in a month. Better be sweet."

19       He wants both of them on the hook. He

20 wants to persuade and entice both of them. Whether

21 he does actually succeed or not, he is guilty. He's

22 guilty of persuading or attempting to persuade these

23 girls, using U.S. Mail, the internet, the phone,

24 persuading and attempting to persuade them to have

25 sex.

1    I'm not going to talk to you about this for

2 much more.  You have the evidence.  I just want to

3 highlight a couple of things about the drug charges.

4 Yes, for the 15th, one of things that you have to

5 rely on is Jessica's testimony.  But you also have

6 the drugs actually seized from his house.  And you

7 also have testimony that in the fall, in the football

8 games -- and whether the season lasted longer or not,

9 you know it wasn't after November 10th because he

10 testified that he got locked up then.  So you know

11 that he was giving Jessica pot.

12    He is not charged, ladies and gentlemen,

13 with being a drug dealer.  The Government is not

14 attempting to prove some status of his being a drug

15 dealer.  He is charged with distributing marijuana on

16 or about a certain date, and we have proven that.

17 And he is charged with possessing marijuana with the

18 intent to distribute on another date, and we have

19 proven that.

20    For the enticement charges, which you have

21 heard a lot more about, you have all this evidence.

22 And when you review that evidence, you will see it's

23 not the words of Jessica and Danielle, ultimately,

24 that you have to rely on.  You could disregard their

25 words.  You could ignore them entirely if you chose

1  to because you have the defendant's words.  It's the

2  defendant's own words that show that he is guilty of

3  using mail, using the internet, using the telephone,

4  using these things to persuade or induce these girls

5  to engage in sexual intercourse or to attempt to do

6  so.  That's the intent.

7         Ladies and gentlemen, this man had no

8  boundaries.  There's nothing he wouldn't say to a

9  16-year-old girl.  You'll see that in this evidence,

10  nothing he wouldn't say, nothing he wouldn't try to

11  accomplish in these communications, try to do to

12  these girls, do with these girls.  He had no

13  boundaries.  But the criminal laws set boundaries.

14  And people are not prosecuted for being a bad person.

15  They are prosecuted for going over those boundaries,

16  for taking affirmative steps, committing criminal

17  acts, going over those boundaries.  And ladies and

18  gentlemen, you define, you judge the facts on those

19  boundaries.  You do that based on the evidence.  And

20  what the evidence shows beyond a reasonable doubt is

21  that the defendant, James Bray, is guilty of all the

22  counts with which he 's charged.

23         THE COURT:  Members of the jury, in a few

24  minutes, you will go to the jury room to deliberate.

25  Any verdict must represent the judgment of each

1  juror. In order to return a verdict, it is necessary

2  that each juror agree to that, too. In other words,

3  your verdict must be unanimous. It is your duty, as

4  jurors, to consult with one other, to deliberate in

5  an effort to reach agreement if you can do so without

6  violence to individual judgment.

7  Each of you must decide the case for

8  yourself but only after an impartial consideration of

9  the evidence in the case with your fellow jurors. In

10  the course of your deliberations, do not hesitate to

11  re-examine your own views and change your opinion if

12  convinced it's erroneous. But do not surrender your

13  honest conviction as to the weight or effect of the

14  evidence solely because of the opinion of your fellow

15  jurors or for the mere purpose of reaching a verdict.

16  Remember, at all times, you're not

17  partisans; you're judges of the facts. Your sole

18  interest is to seek the truth from the evidence in

19  the case.

20  Upon retiring to the jury room, you should,

21  first, select one of your number to act as your

22  foreperson, who will preside over your deliberations

23  and will be your spokesman here in court.

24  A form verdict has been prepared for your

25  convenience, and the verdict form is this: It has,

1 actually, four separate counts, and you vote guilty

2 or not guilty on counts 1 or 2. They're the choices,

3 either guilty or not guilty, as to counts one and

4 two. As to counts six and seven, there are actually

5 three possible verdicts. You may, of course, find

6 the defendant not guilty. You may find the defendant

7 guilty of distribution and possession with intent to

8 distribute, or you may find that the defendant simply

9 possessed marijuana and that the Government has not

10 proven beyond a reasonable doubt that he possessed it

11 with intent to distribute.

12 Whatever your verdicts are, the foreperson

13 should check the form, whether you find the defendant

14 guilty or not guilty or the verdict of guilty of some

15 lesser offense. Your foreperson should sign the

16 verdict, print his or her name, and date the verdict

17 and knock on the door and tell the marshall that

18 you've arrived at a verdict.

19 It's past 11 o'clock. I would suggest that

20 you get in there and decide if you're going to be

21 long enough that you want lunch. We can send the

22 menu and lunch can be brought to you. If you all

23 want to, you could suspend and go to lunch. I'll

24 leave that up to you. After awhile, we'll see where

25 you are. Let the marshall let me know. If you order

1    lunch, it takes about an hour before it can be

2    brought to you.  It's usually that long.

3            There's one other thing we have to do.

4    Unfortunately, one of the jurors is out due to

5    illness.  We do have alternates, two alternates.

6    Fortunately, a second person didn't get sick.  What

7    we do now is select an alternate whose name will be

8    drawn so that we have 12 people on the jury.

9            I'll ask the clerk to select a name.

10           THE CLERK:  Yes, Your Honor.  It will be

11   juror number 11, Jennifer Anna Pendleton.

12           THE COURT:  Just remain there.

13           All right.  The other members of the jury

14   may retire to the jury room to deliberate.  You'll

15   have with you in the jury room the instructions I

16   read to you, the form verdict, all the exhibits

17   admitted into evidence.  We may not bring them all to

18   you.  Some of the things -- if you need to listen to

19   something, obviously, the equipment will not be with

20   you.  You may have to be brought back into the

21   courtroom to hear certain things.  But anything that

22   you want in the way of exhibits, anything admitted

23   into evidence, just ask for it.

24           You may now retire to the jury room.

25           (Jury left the courtroom at 11:19 a.m.)

1        THE COURT:  All right.  You are the

2  alternate juror, and I have to instruct you not to

3  discuss the case with anyone, still.  Until you know

4  that this case is over, when you hear that the jury

5  has reached a verdict, you may not discuss the case

6  with anyone else.  But something could happen.  If

7  another juror would get sick, we would need to call

8  you back in and they would have to begin, deliberate

9  again from the beginning with you being present.

10       You're still technically available for

11  recall until this verdict has been reached.  So do we

12  know where we can reach you for the rest of the day?

13       THE JUROR:  I have a cell phone number.

14       THE COURT:  Take her number.  What is the

15  number?

16       THE JUROR:  960-0246.

17       THE CLERK:  Did you say 960-0246?

18       THE JUROR:  (Nodded head in the

19  affirmative.)

20       THE COURT:  You're excused now.  Thank you.

21  Sorry you had to be here all week and not participate

22  further.  That's the way it works.

23       Okay.  I have the instructions right here

24  and the verdict form.  I'm going to send those in.

25       I would ask counsel to go over all of this

1  to make sure that no exhibits go back to the jury

2  room, except those that have been admitted into

3  evidence.

4          MS. WALDRON:  Yes, sir.

5          THE COURT:  Court will be in recess until

6  the jury returns.

7          (Recess, 11:21 a.m. to 11:45 a.m.)

8          THE COURT:  All right.  The jury has a

9  question, two questions.  First, what is the minimum

10  weight of distribution that is illegal of marijuana?

11  Secondly, is the large stack of CDs, generally,

12  Exhibit 21, all admitted?

13          What I would propose is that I would answer

14  the first question, no amount of marijuana may be

15  legal, possessed or distributed.  The Government must

16  prove beyond a reasonable doubt that there was a

17  detectable amount.

18          MR. WILDER:  I believe that's an accurate

19  statement of the law, Your Honor.

20          MS. WALDRON:  Yes, the Government agrees,

21  Your Honor.

22          THE COURT:  Was all of 21 admitted?

23          MS. WALDRON:  No, Your Honor.  21 was not

24  admitted, the stack was not.

25          MS. HUDSON:  Your Honor, if I may, I don't

1   know if the Court wanted to make any further

2   explanation, but Sergeant Sandridge identified that

3   as the collective body of calls from the jail, from

4   which these specific phone calls were duplicates,

5   that were introduced in single form.  And that's what

6   was marked for identification.

7       THE COURT:  So I'll tell them that the

8   large stack of CDs was not admitted, only portions

9   from them.

10      MS. HUDSON:  And for the record, Your

11  Honor, the CD, for instance, that was played during

12  cross-examination was a portion from a CD that was

13  solely used for impeachment evidence.  But those

14  earlier CDs from the Government's case in chief were

15  admitted as single exhibits.

16      MR. WILDER:  That's accurate, Your Honor,

17  only those that were specific -- those specific

18  subsets that were specifically admitted during the

19  Government's case.

20      THE COURT:  Would all of the portions

21  played in court be admitted?

22      MS. HUDSON:  With the exception of the

23  impeachment, yes, sir.

24      Is that --

25      MR. WILDER:  I think that's correct.

1    MS. HUDSON:  And I can identify them by

2    number if that would make it more clear, Your Honor.

3         THE COURT:  All right.

4         MS. HUDSON:  Government's Exhibits CD2,

5    CD9, CD12, and CD13 were the four telephone calls

6    played during the Government's case in chief, three

7    through Sergeant Sandridge and one, CD9, played

8    during Danielle Lamb's testimony.  Those were all

9    admitted and were subsets of Number 21.  The

10   portion -- and I guess -- the portion of the

11   telephone call that was played to impeach Mr. Bray

12   was played solely for that purpose and was admitted

13   as impeachment evidence but not -- the tape itself is

14   not admitted as evidence, Your Honor.

15        THE COURT:  I see.  Only the portions

16   played in court and a separate one played during

17   defendant's cross-examination is in.  CDs 2, 9, 12

18   and 13 were the ones played in court.  Does that

19   work?

20        Okay.  I am going to send this back.  Take

21   that to the foreman.  Court will be in recess.

22        (Recess, 11:53 a.m. to 12:53 p.m.)

23        THE COURT:  The jury has a question:  "Can

24   we consider the phone call between Mr. Bray and his

25   mother concerning Mr. Bray's usage of pot as

Page 64

1    evidence?  The conversation was on the CD used in

2    prosecution's cross-examination.  Signed, Foreperson

3    Dawn Marie Ballinger."

4         "Can we use the court record from the

5    stenographer?"  That's the second question.

6         MR. WILDER:  Your Honor, I think on the

7    first part of the question, they are entitled to

8    consider that portion of the recording that is

9    offered simply as inconsistent statements made by the

10   defendant.  And I think we have an instruction that

11   refers to that.

12        THE COURT:  I'll re-read the question:

13   "Can we consider the phone call between Mr. Bray and

14   his mother concerning Mr. Bray's usage of pot as

15   evidence?  The conversation was on the CD used by the

16   prosecution during cross-examination."

17        MS. HUDSON:  Your Honor, the Government's

18   view would be that the jury could be instructed that

19   they can consider it for the purpose for which it was

20   offered, impeachment of Mr. Bray's testimony.

21        THE COURT:  There is an instruction:  "If

22   you believe from the evidence that the defendant

23   previously made a statement inconsistent with his

24   testimony at this trial, that previous statement may

25   be considered by you as proof that what the defendant

1  previously said is true."  That's the instruction.

2  　　　　　MS. HUDSON:  We think that's a correct

3  statement of the law, Your Honor.

4  　　　　　MS. WALDRON:  Could we look at that

5  particular instruction, Your Honor?

6  　　　　　MR. WILDER:  I think it's number eight.

7  　　　　　THE COURT:  What are you looking for?

8  　　　　　MS. WALDRON:  Your Honor, I'm looking for

9  the rules, just trying to --

10 　　　　　THE COURT:  What's the problem?  It seems

11 to me -- I mean, we agreed on the answer to this

12 question.

13 　　　　　MS. WALDRON:  My only concern is that I

14 believe the answer suggested by defense counsel

15 differs slightly from the instruction in that one

16 would consider it as impeachment and one would

17 consider it as substantive evidence of the crime.  I

18 just wanted to make sure that the rules allow it to

19 be considered when it's inconsistent, allows it to be

20 considered as substantive evidence.

21 　　　　　THE COURT:  Well, the instruction, I think,

22 says that.

23 　　　　　MR. WILDER:  And if Your Honor wants, it

24 may be easier just to refer them back to instruction

25 number eight with nothing else.

1    THE COURT: All right. Okay. Call the

2  jury back. I need to tell them about this court

3  record.

4           (Jury entered the courtroom at 12:59 p.m.)

5    THE COURT: Members of the jury, I called

6  you back in because of your question being a little

7  more complicated, rather than trying to write an

8  answer. But your question was: "Can we consider the

9  phone call between Mr. Bray and his mother concerning

10 Mr. Bray's usage of pot as evidence? The

11 conversation was on the CD used by the prosecution in

12 cross-examination."

13           I'm going to refer you, when you go back to

14 the jury room, to instruction eight. It will tell

15 you -- at this point, that sequence was played to

16 you, the prosecutor said, to impeach Mr. Bray's

17 testimony. They offered it as impeachment evidence.

18 Instruction eight tells you, "If you believe from the

19 evidence that the defendant previously made a

20 statement inconsistent with his testimony at this

21 trial, that previous statement may be considered by

22 you as proof that what the defendant previously said

23 is true." And that's instruction eight.

24           Now, the defendant is different from

25 another witness. If some other witness were

1  impeached at trial, you may not consider what the

2  other witness, who is not a party to the case, might

3  have said as being true.  You can only consider what

4  is said in the courtroom by an ordinary witness.  But

5  when you have a party to the case, be it the

6  defendant or the plaintiff in a civil case, what a

7  party has said at a previous time, if proven, may be

8  taken by you as true.  And that is what instruction

9  eight will tell you.  Now, I have not changed these

10  instructions by any stretch.  What I've told you in

11  the written instructions is what applies to this

12  case.

13         Now, with regard to, "Can we use court

14  records from the stenographer," what is it that you

15  need?  I mean, you might have seen here that we've

16  had three court reporters.  And all of these things

17  are on -- they're not really readily accessible.  The

18  court reporter's notes -- I know that, from the O. J.

19  Simpson trial, it looks like these things are

20  supposed to be available.  They're not.  The notes

21  are not taken down for the jury.  What the jury is

22  supposed to do is remember -- I know you don't

23  remember everything.  It's your collective memory

24  that counts at this point.  It would be very

25  difficult to retrieve any information that the Court

1  could give you at this point.  That's about all I can

2  tell you.  So I'm going to ask you to return --

3              THE FOREPERSON:  Your Honor?

4              THE COURT:  Yes.

5              THE FOREPERSON:  We'd like to know if we

6  are able to get the collection of Jessica Spivey's

7  recollection during her testimony.  Is there any way

8  that we can get, I guess, the typed --

9              THE COURT:  That's what I was saying.  It's

10  not available.

11              THE FOREPERSON:  Okay.

12              THE COURT:  You may retire.

13              (Jury left the courtroom at 1:03 p.m.)

14              THE COURT:  Court is in recess, again.

15              (Recess, 1:03 p.m. to 1:59 p.m.)

16              THE COURT:  Ready to call the jury?

17              MS. WALDRON:  Yes, Your Honor.

18              MR. WILDER:  Yes, Your Honor.

19              (Jury entered the courtroom at 2:00 p.m.)

20              THE COURT:  Members of the jury, have you

21  agreed upon a verdict?

22              THE JURY:  Yes.

23              THE COURT:  Hand your verdict to the

24  marshall.

25              All right.  You have put your name in the

1   blank where you intended to indicate the verdict; is

2   that correct?

3           THE FOREPERSON:  Yes, sir.

4           THE COURT:  If you'd like to see it, you

5   can.  Rather than checking the verdict, the jury

6   foreperson put her name and date in the blank.

7           MR. WILDER:  That's fine, Your Honor.

8           THE COURT:  All right.  I'll ask the clerk

9   to read the verdict.

10          THE CLERK:  In the Criminal Action

11  3:02-CR-00106, the United States of America versus

12  James Bray, we, the jury, find the defendant, James

13  Daniel Bray, referred to hereafter as defendant, as

14  follows:  In count one, from on or about July 28,

15  2001 to on or about March 29, 2002, in the Western

16  District of Virginia, defendant did use the mail or

17  any facility or means of interstate commerce to

18  knowingly persuade, induce, entice, or coerce or

19  attempt to persuade, induce, entice, or coerce an

20  individual, Jessica Spivey, who had not yet attained

21  the age of 18 years, to engage in sexual activity,

22  for which any person can be charged with a criminal

23  offense, namely, Virginia Statute, Section 18.2-371,

24  all in violation of United States Code, Section --

25  Title 18 -- excuse me -- United States Code, Section

1   2422(b), guilty.

2          Count two, from on or about January 13,

3   2002 to on or about November 5, 2002, in the Western

4   District of Virginia, the defendant did use the mail

5   or any facility or means of interstate commerce to

6   knowingly persuade, induce, entice, or coerce or

7   attempt to persuade, induce, entice, or coerce an

8   individual, Danielle Lamb, who had not yet attained

9   the age of 18 years, to engage in sexual activity,

10  for which any person can be charged with a criminal

11  offense, namely, Virginia Statute, Section 18.2-371,

12  all in violation of Title 18, United States Code,

13  Section 2422(b), guilty.

14         Count 6, on or about November 10, 2001, in

15  the Western District of Virginia, the defendant

16  knowingly and intentionally distributed or possessed

17  with the intent to distribute a mixture of substance

18  containing a detectable amount of marijuana, a

19  Schedule I narcotic controlled substance, all in

20  violation of Title 21, United States Code, Section

21  841(a)(1), not guilty.

22         Count 7, on or about February 15, 2002, in

23  the Western District of Virginia, the defendant

24  knowingly and intentionally possessed, with the

25  intent to distribute, a mixture of substance

1  containing a detectable amount of marijuana, Schedule

2  I narcotic controlled substance, all in violation of

3  Title 21, United States Code, Section 841(a)(1),

4  guilty.  Foreperson, Dawn Marie Ballinger, April 16,

5  2004.

6          Ladies and gentlemen, do you and each of

7  you agree upon this verdict, so say you all?

8          THE JURY:  Yes.

9          THE COURT:  Any motion to discharge?

10         MS. WALDRON:  No, Your Honor.

11         MR. WILDER:  No motion, Your Honor.

12         THE COURT:  Members of the jury, thank you

13 for your service in this case.  It's been a long,

14 long week.  You've given a great deal.  I appreciate

15 it very much.  We thank you.  You may be excused at

16 this time.

17         (Jury left the courtroom at 2:05 p.m.)

18         THE COURT:  Any dates available for

19 sentencing?

20         THE CLERK:  Yes, Your Honor, several.

21         THE COURT:  What's the first one?

22         THE CLERK:  July 2nd at 10:30 or 11.

23         MS. HUDSON:  Did you say the 2nd or the

24 10th?  I'm sorry.

25         THE CLERK:  2nd.

1      MR. WILDER:  That suits, Your Honor.

2      MS. WALDRON:  Yes, sir.

3      MS. HUDSON:  That's fine, Your Honor.

4      THE COURT:  The trials on the other counts,

5  have they been set?

6      MS. HUDSON:  They have not been set yet,

7  Your Honor.

8      THE COURT:  Let's see if we can get those

9  set.

10      MS. HUDSON:  Thank you.  We'll do that.

11      THE COURT:  The Court will enter judgment

12  on the verdicts.  Thank you all very much.  I

13  appreciate it.  The United States District Court

14  stands in adjournment.

15      (Whereupon, the proceedings concluded at

16  2:06 p.m.)

17

18

19

20

21

22

23

24

25

CERTIFICATE OF COURT REPORTER

1

2

3      I, Jennifer L. Ziegenfuss, CCR, do hereby

4  certify that I recorded verbatim the proceedings in

5  the United States District Court for the Western

6  District of Virginia, Charlottesville Division, in

7  the captioned cause, heard by The Honorable Norman K.

8  Moon, Judge of said court, on April 16, 2004.

9      I further certify that the foregoing pages,

10  numbering 1 through 72 inclusive, constitute a true,

11  accurate, and complete transcript of said

12  proceedings.

13      Given under my hand this 27th day of August,

14  2004.

15

16

17

18  _____

19          Jennifer L. Ziegenfuss, CCR

20

21

22

23

24

25

**A**

able 7:19 25:12 34:16
41:14 68:6
about 4:21 10:14,21
12:4 13:6,7,9 14:6
16:4,25 17:14 18:4
19:2 20:11,25 22:6
23:6 24:3,21 25:2,4
25:19 26:12 28:3,10
28:15,16,17 29:20
30:13,22 32:10,18
37:7,15 39:2,24,25
40:11 41:22 43:1,21
43:25 44:2,3,21 45:3
46:6,18,19,20,23
47:18 49:3,9,16 50:8
51:14,14 52:7,10
53:11,13 54:1,2 55:1
55:3,16,21 59:1 66:2
68:1 69:14,15 70:2,3
70:14,22
abridge 52:10
abrupt 41:24
absolutely 20:12
accept 31:11
accepts 31:8
access 34:6,12,17,22,23
34:25 35:2,6,20
48:25 49:4,5 50:5
accessed 48:23
accessible 67:17
accomplish 56:11
according 44:12
account 46:16 48:1,7,8
48:13,13,23 49:21,21
50:4 51:2,7
accurate 61:18 62:16
73:11
across 41:25
act 9:3 24:20 57:21
Action 69:10
activity 10:7 14:3,18
14:21 15:3,3,17
16:12 28:13 31:15
39:12,18,19 42:12
51:1 53:17,18 69:21
70:9
acts 24:18 56:17
actual 42:11
actually 15:3 18:14
29:23 30:8 39:15
42:20 51:12 54:21
55:6 58:1,4
adamant 9:11
add 39:5

addition 8:25 52:7
additional 7:19
address 17:4,12,17
22:16
addresses 26:22
adjournment 72:14
admits 23:1 47:13
admitted 7:12 10:12
20:18 21:13 41:4
42:15 47:7 52:17
59:17,22 61:2,12,22
61:24 62:8,15,18,21
63:9,12,14
adult 14:21
affect 36:14
affidavit 42:21
affirmative 56:16
60:19
after 13:13 15:12 16:2
40:1 43:15 49:13
50:10 55:9 57:8
58:24
afternoon 5:10
again 19:22 22:22
26:18 29:18 38:7
44:9 46:8 51:11 60:9
68:14
against 9:15 24:3
age 14:22 69:21 70:9
ago 13:22 44:11,13
agree 57:2 71:7
agreed 65:11 68:21
agreement 57:5
agrees 33:24 61:20
ahead 32:12 35:23
ain't 54:5
air 10:20 53:12
AISBA 47:1 48:14
AISharley 17:12 47:2
Alex 4:7 22:24 23:4
47:8
alleged 15:21
allegedly 38:6
alleging 36:20
allow 65:18
allowed 24:17 36:13
allows 15:8 65:19
almost 34:13 35:21
42:14
alone 5:1 18:7
already 7:17 12:21
19:5 37:1 47:5
alternate 59:7 60:2
alternates 27:21 59:5,5
although 22:7 53:19

always 5:13,14 23:24
53:4
amazing 15:12 19:18
America 1:5 2:3 3:8
16:17 51:2 69:11
among 27:4
amount 38:8,11 61:14
61:17 70:18 71:1
anal 30:13
analysis 38:10
ANDREW 2:17,18
ankles 53:12
Anna 59:11
another 13:11 18:24
22:5,12 23:24 29:20
33:9 35:14 54:3
55:18 60:7 66:25
answer 61:13 65:11,14
66:8
answers 11:25
anybody 33:25,25 34:6
34:12,24
anymore 4:15 5:8
anyone 6:1 15:2 60:3,6
anything 9:18 11:13
32:13 42:4 44:5
59:21,22
Anywhere 15:25
AOL 5:22 16:19,19
26:21 33:24,25 48:6
48:13,15,25 49:4,5
49:17 50:2,5,19
AOL2A 48:12
AOL4B 4:19 15:11
23:18
apologize 7:24,25
appeared 21:24
applies 67:11
apply 51:5
appreciate 71:14 72:13
approach 35:24
appropriate 41:17
April 1:13 54:9 71:4
73:8
area 40:14
argument 3:13
around 26:18 31:19
37:9 52:13,14
arrived 58:18
ascertain 35:19
ascertainable 40:5
aside 31:1
asked 18:15 25:19 26:1
30:22 36:16,17 42:5
42:6 45:25

asks 9:25
ass 22:23
assertion 35:4
asserts 44:6
assumption 32:22
attained 69:20 70:8
attempt 14:18 45:19
56:5 69:19 70:7
attempted 22:3 39:21
attempting 51:10 52:23
54:22,24 55:14
attention 30:18
attorney 33:10 44:9,12
attorneys 2:11 40:20
audiotape 3:14 54:3,6
audit 50:9,10,12
August 37:10 51:25
73:13
available 35:4 60:10
67:20 68:10 71:18
Avenue 2:6
away 4:4,5 9:18,23
10:17 12:22,23 22:3
23:20 28:25 29:18
Awesome 23:19
awhile 10:14 58:24
a.k.a 6:16
a.m 1:14 3:6 27:17 28:5
28:5,7 59:25 61:7,7
63:22
A16 49:2

**B**

B 5:18
baby 8:21 12:9 17:2
19:23 22:24 23:23
29:25 54:14
back 6:10 7:21 28:6
32:4,24 40:24 41:4
44:7,7 51:17 52:4
59:20 60:8 61:1
63:20 65:24 66:2,6
66:13
backed 6:11,12,13,14
6:22 30:1 47:11
bad 31:14 41:23 44:1,3
44:25 45:14 56:14
badly 44:21
baggies 38:12
Ballinger 64:3 71:4
balls 6:13,22
banter 9:7
BARRETT 2:10
base 15:19
based 15:9,19 31:2

36:4,6 39:7 56:19
basic 40:18 46:22
bathroom 21:22
beat 13:1 52:9
beautiful 5:22
Beaver 5:19
became 10:8
becomes 33:1,1,10
35:20
bedroom 21:24
before 11:3,4,10 14:13
15:9,15 35:1 44:13
49:12,13 51:17 59:1
begin 60:8
beginning 30:21 31:17
53:5 60:9
begins 27:23
begun 18:14
BEHALF 2:3,16
behavior 31:10
behaviors 39:20
being 10:15 31:14
37:19 38:6 41:24,24
48:9,19,20,21,23
49:5,23 51:8 52:7
55:13,14 56:14 60:9
66:6 67:3
beings 33:5
believe 5:9 12:10 18:22
25:21,22 27:24 31:10
42:3,5,17 61:18
64:22 65:14 66:18
believed 5:2
belly 16:5 51:4
berates 13:10
best 10:4 28:20 54:2
better 12:13 32:20
37:20 53:15 54:18
between 14:22 31:12
41:18 45:3 54:5
63:24 64:13 66:9
beyond 14:7 15:10
37:14 38:16 42:24
52:22 56:20 58:10
61:16
big 8:22 10:20,22 53:12
binder 46:15
birthday 28:17,18 29:4
29:10,17,21 53:24
54:1
bit 14:6 30:24 35:23
39:24,25 43:22
bitch 46:9
bitching 54:16
blank 69:1,6

bleed 19:3
blocks 27:6
blown 9:22 23:19
blue 6:13,22
body 62:3
both 11:2,3,10 18:1
  31:22 53:16 54:19,20
bound 14:1
boundaries 56:8,13,13
  56:15,17,19
bowl 37:12
bra 20:20,21
brains 13:2
Bray 1:7 3:8,20 4:7
  6:16 7:8,16 12:3,12
  23:5 31:6,13,15,19
  32:22 33:14,21 34:16
  34:18 36:4 37:21,25
  39:1,4 40:1 41:6
  42:24 43:1,8,10,17
  43:25 44:21 45:1
  49:22 56:21 63:11,24
  64:13 66:9 69:12,13
Bray's 33:11 34:4,6,22
  48:13 63:25 64:14,20
  66:10,16
break 28:4
breaking 4:4,5 10:12
briefly 47:21
bring 59:17
bringing 44:7,7
broader 39:20
broke 44:11
brought 18:16,17 26:1
  31:23,25 33:19 37:22
  37:24 38:1 44:19
  58:22 59:2,20
brute 9:21
buddy 26:23
build 5:17
Burn 12:23
bus 9:25

C

C 2:1 3:1 27:23
cached 34:5
call 3:2 27:3,4 28:6,19
  32:25 36:2 46:22
  50:5 53:6,25 60:7
  63:11,24 64:13 66:1
  66:9 68:16
called 9:7 23:9 66:5
calling 31:16
calls 9:24 16:9 52:6
  62:3,4 63:5

came 21:16 24:10
  37:23 42:15 46:1
  49:9
campaign 10:5
candle 8:8
captioned 73:7
capture 3:25 32:8
captured 16:14
care 5:8
careful 43:7 49:17 52:8
  53:8,10
carefully 12:20 33:13
  39:8 45:5,12
Carter 27:25 28:1,2
case 1:6 15:10 28:11
  30:21 31:2,5,17
  32:10 35:25 36:14
  37:18 40:15 42:23
  48:18 51:7 57:7,9,19
  60:3,4,5 62:14,19
  63:6 67:2,5,6,12
  71:13
category 39:20
caught 22:2
cause 14:16 73:7
CCR 1:16 73:3,19
CD 62:11,12 64:1,15
  66:11
CDs 61:11 62:8,14
  63:17
CD12 53:5 63:5
CD13 63:5
CD2 63:4
CD9 63:5,7
cell 29:1 60:13
certain 4:22 24:18
  55:16 59:21
certainly 32:13 42:14
certainty 33:21
certificate 38:19 73:1
certify 73:4,9
cetera 61:9 47:8
chance 5:24 53:14
change 50:10 54:12
  57:11
changed 52:15 54:11
  67:9
changing 43:14
characterized 43:5
charge 24:7 39:5
charged 24:19 25:3,4
  25:10 39:10 42:14
  55:12,15,17 56:22
  69:22 70:10
charges 24:3 36:2,8,19

38:17 39:2,7,9 53:21
  55:3,20
Charlottesville 1:3,12
  2:13,20 42:19 49:1
  73:6
chat 31:20
chatting 50:24
check 6:17 58:13
checking 69:5
chief 62:14 63:6
children 4:6 7:23 27:11
  27:13 30:13 40:13
China 30:1
choices 58:2
chop 10:19
chose 23:8,9,14 55:25
Chris 17:16,24
Christine 6:16
Circuit 42:19
circumstances 36:14
civil 67:6
classmates 31:23,25
clear 8:16 51:9 63:2
clerk 3:7 27:25 59:9,10
  60:17 69:8,10 71:20
  71:22,25
close 6:24 7:1,1 8:17
  52:9
closing 3:13
clothes 21:23,23
code 12:9 13:4 69:24
  69:25 70:12,20 71:3
coerce 69:18,19 70:6,7
coin 43:18
Cokely 16:17 26:23
  33:23 48:5,6 49:3,18
collar 30:2
collection 68:6
collective 62:3 67:23
come 5:18 19:4 27:10
  37:1,8
comfortable 9:24
coming 21:19 29:25
  32:4 35:22 43:24
  53:24
commerce 14:10 22:10
  26:17 69:17 70:5
committing 56:16
common 3:18 33:6
  39:18 45:25 47:5,16
  51:6
communicate 26:25
communicated 9:6
communicating 18:11
  51:23

communication 15:7
  15:14,16,20 16:2,2
  18:13 19:6 22:17
  30:6 32:25 39:11
  40:18,23
communications 7:20
  8:16 14:2,23 15:6
  17:25,25 21:12 22:6
  22:11,20 23:12,16
  26:19 28:11 30:10
  32:14,15 40:6,25
  41:5,15,18 43:3
  45:18 46:11 47:6
  49:14 50:24,25 51:8
  51:9 52:23 56:11
complete 73:11
complicated 66:7
composed 18:3
computer 9:2 16:22
  17:7,15,17,20 18:3
  18:21 19:10,13,22,23
  20:1,8,18,22 21:1,6
  21:14,16,21 26:15
  34:4,5,6,12,17,20,22
  34:25 35:2,7,12,13
  35:18,20 46:5,12
  47:16 48:10 49:6
  50:15
concern 65:13
concerned 32:18
concerning 63:25
  64:14 66:9
concluded 72:15
condom 18:16,17,18
  46:7
conduct 13:5
confirms 53:16
confusing 50:12
conjunction 55:19
connect 49:8
connecting 48:3 50:8
consensual 14:21
consider 13:3 41:17
  45:4,5,6 63:24 64:8
  64:13,19 65:16,17
  66:8 67:1,3
consideration 24:19
  57:8
considered 64:25 65:19
  65:20 66:21
consistent 35:24 46:12
  49:15
constantly 7:2,4
constitute 73:10
consult 57:4

contact 9:14 12:3 53:22
containing 19:16 70:18
  71:1
content 4:10 7:20,21,24
  7:25 8:23 18:23
  20:10
contents 20:2 26:7
context 41:20
continue 31:3
control 4:8,22 7:15
  11:22 13:25 14:1
  40:12 42:1,2
controlled 70:19 71:2
controlling 42:8
controls 25:21
convenience 57:25
convenient 26:24
conversation 64:1,15
  66:11
conviction 57:13
convince 44:2,25
convinced 57:12
Corey 24:11
correct 62:25 65:2 69:2
corroborated 44:5
corroborates 20:12
  21:10
coughing 27:19
counsel 60:25 65:14
counselors 12:1
count 69:14 70:2,14,22
counts 36:1 45:9 56:22
  58:1,2,3,4 67:24 72:4
couple 38:3 44:11 53:7
  54:17 55:3
course 7:4 14:9 22:3
  53:9 57:10 58:5
court 1:1 3:2,10,12
  14:19 27:15,18 28:1
  28:6,8 37:1 42:15,19
  42:21 43:2,5 47:19
  47:19 53:6 54:1
  56:23 57:23 59:12
  60:1,14,20 61:5,5,8
  61:22 62:1,7,20,21
  63:3,15,16,18,21,23
  64:4,12,21 65:7,10
  65:21 66:1,2,5 67:13
  67:16,18,25 68:4,9
  68:12,14,14,16,20,23
  69:4,8 71:9,12,18,21
  72:4,8,11,11,13 73:1
  73:5,8
Courtin 12:1
courtroom 3:6 27:17

28:7 59:21,25 66:4
67:4 68:13,19 71:17
**courts** 42:16
**created** 20:24 21:8
**creation** 18:20 35:10
35:10,13,15,16 46:12
**credibility** 42:23
**crime** 14:7 39:12 65:17
**criminal** 56:13,16
69:10,22 70:10
**critical** 34:18
**cross-examination**
37:8 62:12 63:17
64:2,16 66:12
**crude** 41:24 45:15
**currently** 50:22
**cuss** 4:25

**D**

**D** 3:1
**daddy** 46:22
**damn** 5:6,6,7,8 10:22
27:9
**Daniel** 1:7 3:8 69:13
**Danielle** 4:15 5:21,25
7:17 9:11 10:18 11:2
11:5,13 12:14,16,19
12:25 13:1,7,17,23
14:4 16:22 17:1,8,22
23:7,14,22 24:1
26:14,20 27:3 28:11
29:11,16,24 30:7
31:6 33:4 35:2,3 40:1
41:7 42:17 43:22,23
47:13 48:21 49:25
51:14 52:16,18,21,25
54:9,14 55:23 63:8
70:8
**Danielle's** 26:22 53:12
**Daniels** 4:4
**darling** 23:22 29:10
**date** 18:20 25:7,10
26:11 35:11,11,12,14
35:15,16 37:5,7 50:9
50:12 53:19 55:16,18
58:16 69:6
**dated** 18:22
**dates** 25:12 35:10
46:12 71:18
**daughters** 9:16 31:22
31:24 32:5 34:23,25
41:10 46:18,19,23
**Dawn** 64:3 71:4
**day** 4:11,12 7:5,7,9
16:10 17:12 23:21

27:10 35:13 36:16
37:3 40:21 54:4,11
60:12 73:13
**days** 44:11,13,13
**DC** 2:7
**deal** 32:19 54:10,11
71:14
**dealer** 36:20 55:13,15
**deals** 33:4
**Dean** 17:14 18:19
20:23 21:7 34:1 35:9
49:5
**Dean's** 17:20
**Dear** 5:11
**dearest** 5:14
**deceives** 13:2
**December** 37:11
**decide** 57:7 58:20
**decision** 36:14
**deep** 16:5 51:4
**deeply** 23:5 47:10
52:18
**defendant** 1:8 2:16 3:8
3:10,20 4:10,20 8:12
9:10,17 11:6,11,18
11:23 13:22,24 15:11
17:10,16 19:9 20:14
20:16,17,20 21:14,11
21:13 22:1,22 23:1
24:3,13,24 25:14
26:5,13 28:10,18
30:4 35:5 37:14
45:14,15,16,17 46:24
46:25 47:24,25 49:10
49:11 50:16,25 51:7
51:21 52:22 53:18
56:21 58:6,6,8,13
64:10,22,25 66:19,22
66:24 67:6 69:12,13
69:16 70:4,15,23
**defendant's** 8:3,15
14:24 15:5,15 16:22
17:4,7,15 18:2,10,21
19:13,22,23 20:1
21:1,6 25:25 27:2
46:5,8,17 49:6,23
50:6 51:15 56:1,2
63:17
**defense** 51:14 65:14
**define** 56:18
**definite** 53:19
**deliberate** 56:24 57:4
59:14 60:8
**deliberations** 57:10,22
**demands** 4:9,10

**denied** 37:21 41:16
**DEPARTMENT** 2:5
**dependent** 40:14
**describe** 23:20
**described** 20:21 28:19
28:21
**describes** 39:15
**descriptions** 29:10
**desire** 6:15
**desires** 6:11
**desperate** 40:11
**despite** 33:18
**detailed** 16:15 48:12
**detectable** 61:17 70:18
71:1
**Detective** 17:14,19
18:19 20:23 21:7
49:5
**determination** 24:24
**determine** 24:23
**devious** 52:7
**deviousness** 33:11
**dialing** 49:3
**diary** 28:25
**dick** 4:7 16:1 23:5
46:10
**Dickyfus** 4:24 6:23 7:3
33:18,22 39:25 46:18
46:24 47:4,10 48:1
49:20 50:3,18,23
51:7
**die** 13:14 19:3
**different** 3:16,17 6:8,9
9:10 12:2 23:8,16,17
33:8 37:2 42:16
43:20 53:1 66:24
**differently** 33:6
**differs** 65:15
**difficult** 67:25
**direction** 11:22
**discharge** 71:9
**discuss** 8:5 12:7 60:3,5
**discussed** 47:14
**discussion** 4:20
**disk** 19:21
**dislike** 36:4,6
**disregard** 55:24
**distance** 6:19
**distribute** 24:7,14 25:1
26:8 38:6,14 55:18
58:8,11 70:17,25
**distributed** 20:10 37:6
61:15 70:16
**distributes** 36:21
**distributing** 37:15

55:15
**distribution** 25:4 36:3
38:12 58:7 61:10
**District** 1:1,2 69:16
70:4,15,23 72:13
73:5,6
**Division** 1:3 73:6
**divorced** 46:20
**document** 18:20 19:10
20:24 35:17
**documentary** 28:24
**documents** 18:3,4
19:12,20 32:11,16
47:15
**doing** 5:3 10:25 31:3,4
32:17 33:2 40:21
**domain** 23:8,10,11
**Don** 26:23 48:5,6 49:3
**done** 5:3 11:13 28:20
54:2
**doobie** 26:6
**door** 46:1 58:17
**dots** 48:4 49:8 50:8
**doubt** 14:8 15:10 37:14
38:17 42:24 52:22
56:20 58:10 61:16
**down** 4:15 22:2,4 42:10
44:11 67:21
**drank** 25:25
**drawer** 24:8
**drawing** 32:7
**drawn** 59:8
**dream** 5:18
**dreams** 5:15 22:21
**drive** 21:2,9
**drop** 25:23
**drug** 24:3 36:2,8,18,20
38:12 41:8 55:3,13
55:14
**drugs** 36:21 37:6,15
55:6
**dry** 8:21
**due** 59:4
**duplicates** 62:4
**during** 17:19,21 21:4
42:17 62:11,18 63:6
63:8,16 64:16 68:7
**duty** 57:3

**E**

**E** 2:1,1 3:1,1 5:18
**each** 56:25 57:2,7 71:6
**eager** 5:18 39:1
**ear** 16:25
**earlier** 6:21 43:12

62:14
**early** 4:23 37:11
**easier** 52:1 65:24
**easily** 43:17
**East** 2:19
**Eat** 13:14
**Edward** 27:25
**effect** 57:13
**efficiency** 6:18
**effort** 57:5
**eight** 65:6,25 66:14,18
66:23 67:9
**either** 40:10 58:3
**elements** 14:6,9
**else's** 33:25
**embarrassed** 20:6
**emotional** 30:23 31:12
32:17 43:19
**emphasized** 28:22
**end** 41:23 52:19 54:6
**ending** 53:24
**ends** 29:17
**enforcement** 44:10
**engage** 14:3,18,21 15:2
28:13 30:14 39:11,22
45:19 51:1,10 52:24
56:5 69:21 70:9
**engaged** 10:6
**engaging** 16:12
**enough** 7:1 13:10,12
58:21
**ensnare** 31:20
**enter** 72:11
**entered** 3:6 28:7 66:4
68:19
**entice** 14:2 21:12 27:11
28:12 29:5 39:11
45:18,19 50:25 52:23
52:24 54:20 69:18,19
70:6,7
**enticed** 39:22
**enticement** 7:16 15:22
16:8 26:14 29:8 36:1
39:2 55:20
**entirely** 55:25
**entitled** 64:7
**equipment** 59:19
**errands** 40:19
**erroneous** 57:12
**escalating** 4:9 7:21
**especially** 34:2 35:18
36:19
**ESQUIRE** 2:4,10,17
**essentially** 42:1
**et** 6:19 47:8

even 8:14 10:7 11:6
14:21 15:9 16:7
17:25 20:17 32:24
35:2 36:11,22 43:21
44:11 47:11,16,23
51:13,22,22 52:20
eventually 44:2
ever 5:5,6 28:20 54:2
every 5:17 7:10,11
16:10 22:17 27:10
30:5,25 32:9 54:4
everybody 30:24 41:3
everything 8:20 30:19
32:10,24 42:3,6
67:23
everywhere 19:8
evidence 7:10,12,13
15:8,15,20 19:15
26:4,7,9 30:4,10 31:2
31:18,21 33:18 35:20
36:7,7,22 37:5,16
38:5 42:11 44:17,18
44:20 45:5,7,12,12
45:17,21,23 46:2,3
46:10 47:17 48:18
50:15 51:6 52:2 55:2
55:21,22 56:9,19,20
57:9,14,18 59:17,23
61:3 62:13 63:13,14
64:1,15,22 65:17,20
66:10,17,19
evil 31:9,15,21 32:22
33:1 45:16
exact 25:7,11 39:16
exactly 8:12,12 12:2
48:19 49:15,19 51:24
example 18:5 23:19
34:23
except 61:2
exception 62:22
exclusive 34:17
excuse 22:22 27:15
46:8 51:22 69:25
excused 60:20 71:15
exercising 4:22
exerted 11:22
exerting 13:25
Exhibit 7:5 8:10,18
10:10,21 11:23 12:11
12:25 13:17 16:22
17:9,13 18:5 19:16
20:1 21:5 22:20,25
28:15 29:21 48:12
49:6 50:21 52:3 54:8
61:12

exhibits 8:18 21:1
26:21 35:17 49:2
59:16,22 61:1 62:15
63:4
experts 33:19,20 48:4
explain 18:24 22:3
explained 11:10 49:18
50:9
explanation 62:2
expletives 53:9
explicit 32:14
express 51:15
extremely 20:4
eyes 8:18 10:21 11:1
23:21 28:15 33:10
e-mail 14:11 15:9 17:4
17:17 22:16 26:22
46:16
e-mails 16:9,13,16,20
17:6,8,20 26:15,20
46:14,17 47:3,10,12
47:15 48:21
E292 15:24

——— F ———

face 15:7,21
face-to-face 41:15
facilities 14:10 22:9,9
26:16
facility 18:8 69:17 70:5
fact 8:17 13:21,22
19:10 22:11 32:2
34:21 35:1,19 39:22
43:15,20 49:16 51:21
52:1
facts 36:13 56:18 57:17
fake 17:17
fall 16:7,13 17:7 18:1,6
18:16 19:6 25:14,24
26:11,13 46:4 51:17
55:7
false 43:25
family 5:17 10:15
40:14
fantastic 10:11
fantasy 48:11
fast 49:17
father 46:19,20,22
fault 11:21 40:16
February 4:12,24 5:10
5:20 8:10,14,21
15:11,19 22:21 23:19
23:24 24:6 25:1 26:9
26:20 27:2 35:7
36:11 37:18 38:21

46:14 47:3,20 49:11
49:25 50:2,3 70:22
federal 36:18
feel 5:9 9:23 12:4 16:6
23:21 30:22
feelings 12:5
feels 19:18
fellow 57:9,14
felt 10:11,17 52:9,13,14
few 6:25 24:2 30:20
47:24 48:5 56:23
fiance 23:2
file 35:9,10,11
finally 13:23 44:14
find 13:12 15:9,15 16:7
23:16,18 25:7,8 26:7
26:24 30:15 31:9,9
32:2 37:13 38:16
39:21,23 40:4,6,6,20
42:24 45:13,14,15
52:21 58:5,6,8,13
69:12
finding 15:19 18:7
fine 69:7 72:3
finest 12:21
fire 6:1
first 9:14 20:19,20
23:21 24:6,14 35:11
35:18 39:9 48:7,24
50:17 51:16 52:11,13
52:14 57:21 61:9,14
64:7 71:21
fits 21:9
five 49:16
five-minute 27:16 28:3
flattery 4:8
floor 21:25
floppy 19:21
Florida 4:6
flower 52:12
focus 14:23
folder 35:14,15
folks 11:25
follows 69:14
fool 4:17
football 25:15,16,20,24
37:9,10 55:7
force 9:21
forced 9:17
foregoing 73:9
foreman 63:21
foreperson 57:22 58:12
58:15 64:2 68:3,5,11
69:3,6 71:4
forever 5:12 23:3 29:19

52:15
forget 9:4 19:24 20:2
form 57:24,25 58:13
59:16 60:24 62:5
format 18:9 20:8
formats 18:4
forth 41:5
Fortunately 59:6
forwards 17:10,10
found 8:19 16:21 17:15
17:20 18:2 19:21,25
20:25 21:2,6 24:8,8,9
24:25 46:5,12 47:15
four 23:3 37:1 42:16
58:1 63:5
fourth 17:4 23:4
frankly 34:9 41:17
Fredericksburg 19:17
19:20 24:21
Friday 1:13
friend 10:4 13:4
friends 31:25 40:14,15
from 6:5,19 7:4 10:1
11:24 13:16 16:17,23
17:3,7,8,21,22 19:21
22:17 23:17 27:6
29:9,18 33:8,24
35:14,22 38:8,9,19
40:20 41:7 42:12
44:8,15 46:18 47:5
47:10 48:6,23 49:4
49:10 50:5,15,19
51:1,16 52:5,8 53:1
55:6 57:18 60:9 62:3
62:3,9,12,14 64:4,22
65:15 66:18,24 67:14
67:18 69:14 70:2
fuck 4:16
fucking 12:13 13:5
22:23 30:1
fun 27:9
function 34:9
further 49:8 60:22 62:1
73:9
future 15:24 53:18

——— G ———

G 3:1
game 25:24 37:9,12
games 25:15,16,20 55:8
gave 14:17 25:18
generally 61:11
gentleman 27:18
gentlemen 3:15 7:9 8:2
10:13 13:20 15:13

16:1,11 17:19 19:6
19:13,24 20:10 21:7
21:10,17 22:1,20,25
26:3 28:9 29:9,15
30:3,17 36:19 45:10
48:2,15,25 50:14
51:5,20 52:20 53:16
54:7 55:12 56:7,18
71:6
gets 14:5 17:2 27:6
29:7 35:13 53:3,15
getting 18:5,6 40:24
52:4,6 54:8,17
girl 9:23 56:9
girls 3:22,23,23,24 6:9
10:2 11:7,10,16 13:9
13:21 14:18 18:1
30:6,12,14 42:12
43:1 45:19,23 52:24
54:23 56:4,12,12
give 11:24 18:25 19:1
68:1
given 6:3 34:20 48:7,16
71:14 73:13
giving 4:3,4 9:1 55:11
glad 30:18
gloss 36:7
go 10:13 13:1 15:25
32:1,12,23 34:7
56:24 58:23 60:25
61:1 66:13
goes 4:17 5:15 6:15
23:22 29:9,15
going 3:19 8:19,20 13:3
15:25 16:16 25:16
27:5 28:1 30:9 31:3
31:18,20 33:13,17
35:23 39:3,5,6 40:12
41:20 42:14 44:25
53:4,20,23 54:5 55:1
56:15,17 58:20 60:24
63:20 66:13 68:2
gone 10:3
good 3:2,19,21 6:5 9:13
16:5 30:16 39:5
44:22 47:23 51:3
53:14 54:12,13,13
gotten 34:19 53:13
government 3:12 15:1
22:8 32:9,21 35:25
36:3 37:20 38:25
40:25 43:6 44:6,19
44:23 45:11,13,16
55:13 58:9 61:15,20
Government's 35:17

45:7 62:14,19 63:4,6
64:17
granted 4:14 5:4
graphic 7:21 8:23 9:2
18:12,23 20:4 29:2
29:10 46:6
grasp 10:18
great 71:14
groundwork 26:14
53:2,17
grow 5:25
growing 29:11
guess 13:6 21:6 63:10
68:8
guilty 11:14 30:15
37:14 38:16 39:23
42:24 45:8,18 54:21
54:22 56:2,21 58:1,2
58:3,3,6,7,14,14,14
70:1,13,21 71:4
guy 40:11

**H**

hand 68:23 73:13
handle 12:2
hang 8:7
hanging 4:21 32:18
41:7,10
happen 60:6
happened 6:4 13:23
25:7,9,9 38:2
happens 4:18
Happy 29:9,17
hard 14:19 20:1 21:2,8
harleybitchforlife@t...
23:15
Harleygirl016 5:22
Harry 4:7 23:4
hate 39:7
having 4:6 10:11 20:14
21:13 30:23 43:18
46:6,7 50:17
head 60:18
heads 11:20
hear 59:21 60:4
heard 12:14 24:11 25:2
27:1 28:19 29:12,14
43:2 45:1 49:9 53:6
55:21 73:7
hearing 41:7 47:19
heart 5:13 6:7 23:23
52:9
heck 29:24
heifer 13:15
ie11 9:19 49:21

hell 6:12 10:23
Hello 8:20
help 6:2
helped 34:20
her 4:3,4,21 8:8,9,13
8:24,24,25 9:1,2,3,12
9:13,13,15,16,17,20
9:21,21,22,22,22,23
9:23,25,25 10:2,4,21
10:21 12:15,19 13:11
13:13 15:17 16:23,25
17:1 18:19 19:8,21
20:2,4,9,19,20 21:14
21:21,23 22:15,23
23:19 24:15,16 25:18
25:23 26:5 27:4,6,9
27:10,10 28:12,13,15
29:4,5,5,6,6,7,20
37:6,23 38:4 40:7
42:17 43:24,24 44:1
44:7,7,8,11 46:6,13
47:19 51:1 52:10
53:2 54:13 58:16
60:14 68:7 69:6
herself 8:8 20:15 42:16
42:18,19
hesitate 57:10
Hey 17:13 19:23
he'll 27:9 53:7
Hi 17:16
highlight 22:5 55:3
him 9:5,6,7,8,15 10:1
11:12,13,21 12:5,5,7
12:14 13:2,10 14:5
15:17 18:15 20:3,15
21:23 25:15,17 27:21
28:14 30:8,15,15
31:16 36:6 38:16
39:5,7,23 43:6 44:3
45:2 50:21
himself 17:10 32:2 45:4
51:15
hole 40:9
home 29:25 53:25
honest 13:7 57:13
honestly 5:9
Honor 3:4,5,11 59:10
61:19,21,23,25 62:11
62:16 63:2,14 64:6
64:17 65:3,5,8,23
68:3,17,18 69:7
71:10,11,20 72:1,3,7
Honorable 73:7
hook 14:4,4,12 28:13
29:6 30:11 54:19

hoopla 38:2
hope 5:19 17:23 38:18
horny 6:11,15
horse 9:4
hot 28:21 52:10
hotel 25:17,25 44:23
49:10,14,16 50:6
51:1
hour 59:1
hours 51:25
house 4:3 31:23 32:4
34:24 55:6
HUDSON 2:10 61:25
62:10,22 63:1,4
64:17 65:2 71:23
72:3,6,10
hugs 17:22
human 33:5
humdrum 41:5
hurting 5:7

**I**

identification 62:6
identified 20:17 62:2
identify 63:1
identity 34:11
ignore 55:25
illegal 14:20 30:14
45:19 61:10
illness 59:5
IM 47:20
images 20:25 21:1,3,5,8
imagine 40:22
immediately 12:18
impartial 57:8
impassioned 41:22
impeach 63:11 66:16
impeached 67:1
impeachment 62:13,23
63:13 64:20 65:16
66:17
implication 43:12
important 34:2 43:9
45:2 48:6 49:18
51:13 53:21
importantly 20:23
impossible 34:13
imposter 48:11 49:25
IMs 47:12
inappropriate 9:14
incident 36:24
including 46:19
inclusive 73:10
inconsistent 38:9 64:9
64:23 65:19 66:20

indicate 69:1
indicated 37:7
indicia 38:12
indictment 15:21 25:11
26:12
individual 57:6 69:20
70:8
induce 14:15 51:9 56:4
69:18,19 70:6,7
inextricably 14:1
inferences 47:17
influence 24:24 44:1
information 48:13
67:25
innocent 32:25
inside 8:8
instance 62:11
instant 6:20,21 7:5
14:11 16:16 19:25
20:7,14 21:4 26:5
27:1 46:14 47:2,22
48:20 50:17
instead 9:19 25:24 33:1
52:3
instruct 60:2
instructed 14:8,20,25
25:6 43:9 64:18
instructing 20:2
instruction 39:13 64:10
64:21 65:1,5,15,21
65:24 66:14,18,23
67:8
instructions 14:16
59:15 60:23 67:10,11
insults 4:8
intended 24:13 25:1
26:8 69:1
intensified 10:5 26:17
intensifies 53:22
intent 8:15 14:24 15:5
15:16 18:10 24:6,20
29:24 30:11 36:11,15
37:17 53:20 55:18
56:6 58:7,11 70:17
70:25
intentionally 70:16,24
interact 32:5 33:6,7,9
intercourse 10:8 18:14
39:15,21,23 45:20,21
49:13 51:10 52:24
53:3 56:5
interest 57:18
interesting 21:18 34:15
36:10 42:25 44:4
internet 14:13,13 15:24

22:10 30:5 31:19
54:23 56:3
interrogated 44:9
interstate 14:10 18:8
22:9,9 26:17 39:10
69:17 70:5
introduced 17:21 62:5
involve 50:11
irrelevant 51:23
issue 31:5
issues 34:10
it'll 6:4

**J**

J 30:2 67:18
Jack 4:3
jail 10:1 12:9,13 14:5
29:1,7 40:1,8,13
41:11 51:16,18,21
41:25 51:17
James 1:7 3:8,20 7:8
17:3 19:9 56:21
69:12,12
January 9:25 20:24
21:9 26:17,20 37:11
46:14 47:3 70:2
jealous 43:21 54:10
JEAN 2:10
Jennifer 1:16 59:11
73:3,19
Jessica 4:2 5:8,18,21
6:10,15 7:2,17 8:6,13
8:21 9:5 10:14,17
11:2,23 12:11,11,15
12:17,18 13:13 15:12
16:3,8,25 17:13,15
17:22 18:4,5,11,13
19:8,17 20:12,19
21:3,12,14,18 22:6
22:15,24 23:17 24:4
24:14 25:1,11 26:10
27:12 30:7 31:6 33:3
36:18,25 37:22 38:7
38:15 42:15 43:21
46:4 48:20,21 49:3
49:12 50:16,18 51:10
51:19 52:21 53:1
54:10 55:11,23 68:6
69:20
Jessica's 13:2 21:10
46:13 47:19 55:5
Jessie 4:7 23:4
job 11:17,18
journalism 28:24
JS14 20:17

judge 12:17,18 14:8,17
  24:17 31:1 43:4
  54:14 56:18 73:8
judges 57:17
judgment 56:25 57:6
  72:11
July 19:20 38:20 69:14
  71:22
Junior 4:17
juror 57:1,2 59:11 60:2
  60:7,13,16,18
jurors 46:2 57:4,9,15
  59:4
jury 3:3,6 7:13,18 8:2
  27:17 28:6,7 39:6
  56:23,24 57:20 59:8
  59:13,14,15,24,25
  60:4 61:1,6,8 63:23
  64:18 66:2,4,5,14
  67:21,21 68:13,16,19
  68:20,22 69:5,12
  71:8,12,17
just 4:17,25 5:8 7:7,9
  16:7 18:24 24:2
  27:15 31:23 32:8
  33:9 34:8,9 35:21
  37:4 40:3,18,24
  41:18 44:11,13 48:3
  52:10 55:2 59:12,23
  65:9,18,24
JUSTICE 2:5

___ K ___

K 73:7
keep 6:19 14:3,4 17:2
  28:13 29:6 35:8
  41:19 44:6,7
keeps 53:19 54:7
kept 29:1 32:4
key 14:9
kids 23:3
killing 5:7
kind 13:24,25 16:15
  20:9 31:7 36:2 38:25
  42:22
kindness 5:13
kinds 5:16 29:11
kiss 9:16 11:1 16:25
kisses 17:22
kissing 9:21
knew 10:2 26:7 43:25
knock 58:17
know 5:23 6:3 10:22,23
  12:2 13:20 20:20
  21:19 23:2 24:7,13

24:17 29:16 30:17
  32:17 33:3,24 34:8
  35:16 37:1,2,4,22
  38:24 39:6 46:3 47:5
  48:8,9,23,24,25 49:4
  49:4 50:19 51:16,20
  54:13 55:9,10 58:25
  60:3,12 62:1 67:18
  67:22 68:5
knowingly 69:18 70:6
  70:16,24
knowledge 24:20
known 41:8 42:13

___ L ___

L 1:16 2:17,18 73:3,19
lab 38:10,19,20,22
lack 36:7
ladies 3:15 7:9 8:2
  10:13 13:20 15:13
  16:1,11 17:19 19:6
  19:13,24 20:10 21:7
  21:9,17 22:1,20,25
  26:3 28:9 29:9,14
  30:3,16 36:19 45:10
  48:2,14,24 50:14
  51:5,20 52:20 53:16
  54:7 55:12 56:7,17
  71:6
lady 5:15,23
laid 23:21
lamb 10:19 31:7 35:2,3
  35:6 40:1 41:7 42:17
  44:15 70:8
Lamb's 63:8
language 29:14 41:2,16
  41:23 46:6
large 6:18 61:11 62:8
last 5:24 11:6 27:18
lasted 55:8
late 37:10
later 4:23 6:17,20,25
  10:9 26:19 28:21
  46:7 47:12,22 53:14
law 2:18 14:20 44:10
  61:19 65:3
laws 56:13
lawyer 12:1
laying 26:13 53:1
lays 53:17
learn 32:19
least 32:3 37:1,18,24
  42:16
leave 5:1 45:25 58:24
leaving 54:17

left 9:16 27:17 44:24
  59:25 68:13 71:17
legal 61:15
legs 9:21 19:2 52:13
lengths 13:21
lent 13:8
less 38:10
lesser 58:15
let 4:14 10:13 11:24
  18:24 58:25,25
letter 10:21 11:24
  13:11 23:1 28:18,18
  29:1,4,20,21 32:25
  47:13 52:16 53:24
  54:1,8
letters 12:17,22,23,24
  14:11 27:7,8,11
  28:16,21 40:1,2,24
  41:4 43:3,16 46:4
  47:7 52:5
let's 4:12,18 14:6 19:24
  22:19 24:5 39:25
  47:20 72:8
licked 52:12
lie 43:6,9,12
lied 11:4,4,10 37:2
  42:20 44:12
life 4:12 28:20 40:12
like 4:21 6:1 7:3 10:8
  10:19,20,25 11:8,9
  19:18 22:5 24:2
  27:21 31:13,24 40:18
  43:17 47:7 51:3
  67:19 68:5 69:4
Limber 29:25
limited 40:23 42:1
line 19:16
liquor 9:1
listed 26:12 35:16
listen 8:1 12:20,20
  33:20 59:18
listened 44:16
lists 26:23
literally 22:2
little 4:23 19:3 30:24
  32:7 35:23 37:20
  39:24,25 43:22 50:7
  66:6
live 5:25 6:24
living 12:9 13:4 27:5
locked 55:10
long 7:12 13:23 24:16
  30:17 44:14 58:21
  59:2 71:13,14
longer 16:18 55:8

look 22:19 32:13 33:12
  36:16,17,23 38:18
  39:8,14 40:3,3 44:17
  45:11,12 46:2,15
  48:12,17 49:14 50:2
  65:4
looked 31:13 33:22
  34:3 44:21
looking 16:7 31:20
  37:20 50:18,21 65:7
  65:8
looks 43:17 67:19
lost 40:11,13
lot 4:14 6:5 44:17,17
  51:14 55:21
lots 40:6
Louisiana 22:13,18
  23:14
love 4:8,16 5:4,5,8,11
  5:12,13,15,16 6:2,8
  6:11,19 7:3,22 10:24
  11:1 12:5,10 13:15
  13:19 15:13 17:1,8
  17:17,24 19:9 23:23
  23:25 28:22 29:17
  30:2 46:10 52:14
  54:12,12,15
loved 9:5,22,24 11:12
  11:12
Loves 17:22
loving 6:14 31:11 52:9
  53:14
loyalty 5:14
lunch 58:21,22,23 59:1
lure 32:23
lurking 32:6
luscious 52:12
Lydia 13:6
L434 8:10

___ M ___

mad 43:20
made 17:16 35:9 43:6
  51:14 64:9,23 66:19
madly 5:11 23:5 47:9
  52:18
magically 21:24
mail 13:11 14:11 28:12
  28:16 29:3,16,23
  30:4 39:10 52:8
  54:23 56:3 69:16
  70:4
Main 2:12
majority 32:15
make 3:13 5:17 17:1

35:8 41:25 47:17
  52:25 61:1 62:1 63:2
  65:18
makes 23:23
making 7:3 9:23
man 11:19 30:22 31:12
  40:8 42:8 46:9,11
  56:7
manner 18:12
many 4:2
March 10:10 11:24
  12:11,19,25 27:8
  52:4 69:15
Marie 64:3 71:4
marijuana 4:4 9:1
  24:12,25 25:4 26:10
  36:23 37:19,21,23,24
  38:6,18 39:5 55:15
  55:17 58:9 61:10,14
  70:18 71:1
marked 62:6
Market 2:19
marriage 7:23
married 19:17 23:3
marry 22:23
marshall 27:19 58:17
  58:25 68:24
master 48:14
matching 49:15
material 8:2
Matter 54:16
Max 4:7 6:16 22:24
  23:3 27:13 47:8
may 4:11 8:5 16:7 19:4
  23:7 26:3,6 28:8
  30:21 33:8 58:5,6,8
  59:14,17,20,24 60:5
  61:14,25 64:24 65:24
  66:21 67:1,7 68:12
  71:15
maybe 37:11
mean 65:11 67:15
means 3:17,18,19,21,22
  23:12 30:5 34:5
  38:13 39:11 40:22
  41:21 69:17 70:5
medium 34:10
meet 8:13 16:10 31:25
  47:21
meeting 16:11
meets 49:12
melt 8:9
Member 50:22
members 56:23 59:13
  66:5 68:20 71:12

memory 67:23
men 19:1
menu 58:22
mere 57:15
message 17:2,23 47:22
messages 6:21 16:16
26:5 33:22 34:7,7
35:22 39:25 46:14
47:3 48:20
messaging 6:20 7:5
14:11 19:25 20:7,14
21:5 27:1 50:17
met 8:13 31:21 32:1
47:21
Meta 49:9 50:8
methods 4:2,11 6:9 7:8
7:15,15,15 8:4 9:10
23:25
might 15:22 34:20
38:23 41:23 67:2,15
mind 19:4
minded 30:12
minds 11:17
mine 23:2 52:10
minimum 61:9
minor 14:22 39:11
minors 30:7 31:20
32:23 36:5 39:22
51:18
minutes 6:25 21:19
24:2 38:3 47:24
49:16,24 50:1,13,23
56:24
miss 17:23
missed 44:24
mistake 52:25
mixed 27:13
mixture 70:17,25
moment 8:7 52:9
month 54:18
months 5:24
Moon 73:8
more 7:14,19 9:11 14:6
15:23 16:20 20:23
27:9 38:22 41:15
48:2 51:13 53:13
55:2,21 63:2 66:7
morning 3:2 4:13,23
30:16
most 5:4 10:25 31:7
32:25
mostly 47:2
Motel 35:3 49:22
mother 6:16 12:19 27:4
46:21 63:25 64:14

66:9
motion 71:9,11
motorcycle 19:19
24:22
mouth 52:11
move 35:14
moved 35:12
much 7:22 8:17 9:13
17:23 21:15 44:20
55:2 71:15 72:12
multiple 44:7
murderers 40:9
must 56:25 57:3,7
61:15
Myer 24:11
myownemail 23:11
myownemail.com
22:14

**N**

N 2:1 3:1
name 10:19 19:8 23:8
23:11,22 27:22 33:18
33:25 46:25 47:4
48:7,9,14,15 58:16
59:7,9 68:25 69:6
namely 69:23 70:11
names 23:11 27:12
34:5,8 46:25 47:8
48:18
narcotic 70:19 71:2
nature 16:3
near 25:9,10 26:11
necessarily 39:17 40:16
41:14
necessary 57:1
need 6:14 15:1 19:3
28:17 29:25 32:19
39:21 41:11 42:23
43:4 51:11,15 52:20
59:18 60:7 66:2
67:15
needed 9:24 44:15
needs 52:8
never 5:3 6:1 9:17 12:7
19:9 29:17 42:3 43:8
new 2:6 35:15
next 8:7 13:15 16:6
17:12 38:3 53:7
nicknames 47:8
Nicole 23:22
night 6:20 12:8 47:23
50:9,10,12
nobody 34:15
Nodded 60:18

none 38:11,14
normal 33:9 41:5
Norman 73:7
note 43:7
notes 67:18,20
nothing 9:13 12:5
36:24 54:5 56:8,10
56:10 65:25
notice 6:8
November 12:4 25:5
26:12 36:19,23 37:6
37:7,11,15 55:9 70:3
70:14
number 3:8 4:19 19:21
19:22 26:4 31:24
50:5 57:21 59:11
60:13,14,15 63:2,9
65:6,25
numbering 73:10
numbers 48:25 49:4,5
49:7
numerous 24:5
NW 2:6

**O**

O 3:1 67:18
oath 11:4
obligation 33:15
obvious 15:24
obviously 5:1 15:22
41:1 59:19
occasion 24:23 25:20
37:24
occasions 37:2
occurred 15:3 45:21
51:12
occurring 18:1
October 17:9
off 10:9 21:23 25:17,23
31:16 47:9 53:6
offense 58:15 69:23
70:11
offered 24:15,16 64:9
64:20 66:17
OFFICE 2:11
Officer 29:12
officers 24:10 38:8
44:22
OFFICES 2:18
officials 44:10
oh 8:21 10:23 33:1
okay 6:4,25 28:1 60:23
63:20 66:1 68:11
Oklahoma 44:8
older 30:22 31:12

41:18
once 10:8 20:17
one 3:9 5:16,21 7:7,9
13:1,3,13 15:9 18:11
19:20 23:4,10,24
25:3 28:19 30:25
33:7,20,23 35:9,13
37:20,24 41:18 48:7
48:9,25 49:6 54:11
55:4 57:4,21 58:3
59:3,4 63:7,16 65:15
65:16 69:14 71:21
ones 41:1 49:17 63:18
online 16:17 26:25 48:8
49:20,22 51:2
only 21:18 22:8 27:5
32:6,12 34:19 37:4
38:5 40:17,22,24
41:21 42:10,11 44:6
44:10 47:24 48:7,9
50:7 57:8 62:8,17
63:15 65:13 67:3
onto 39:6
open 8:18
opinion 57:11,14
oral 29:12
ordeal 15:12
order 38:13 39:23
42:23 44:1 57:1
58:25
ordinary 31:7 67:4
originally 17:11
other 14:16 15:14 17:6
17:20 18:4 19:12,20
20:8 24:5,18 25:2,3
26:4,6 27:5 28:16,16
33:7 34:22 36:13
37:3 38:13 39:7
41:11 44:10 46:11,25
48:4,10,11,18 49:21
57:2,4 59:3,13 66:25
67:2 72:4
otherwise 32:5
ounce 38:11
out 4:3,22 6:5,17 7:1
8:7 9:19 10:17 12:9
13:2,15 14:5 16:6
27:6,9 28:14 29:7
32:1,7,18 38:4,13
40:17,20 41:8,10
45:6 52:5,6 53:3,7,15
53:23 54:4,8,17 59:4
outset 30:20
outside 37:25
over 4:16 5:23 12:23

13:25 25:25 34:24
36:7 40:12 42:2 44:9
44:9 56:15,17 57:22
60:4,25
overdone 44:19
overwhelming 30:3,9
32:15 51:6
own 16:22 27:2 33:16
47:16 53:11 56:2
57:11
o'clock 58:19

**P**

P 2:1,1 3:1 8:18,18
page 8:18
pages 1:15 29:15 73:9
Pam 4:17
pants 22:2
parcel 38:25
parents 32:19
part 16:5 22:25 31:15
32:8,9,14 33:11
38:25 51:4 64:7
participate 60:21
particular 36:9,16
43:23 50:10 65:5
partisans 57:17
party 67:2,5,7
passed 23:13 24:9
passionate 9:17
passionately 52:19
password 33:24
passwords 34:4,12
past 46:21 53:17 58:19
paying 30:18
Pendleton 59:11
penis 29:11
people 4:22 32:18 33:6
33:7 34:11,22 40:17
41:8,9 43:24 56:14
59:8
percent 33:21 34:14
perception 41:3
Perfect 18:3
perfectly 41:5
perhaps 50:1 51:24
period 10:6 15:21 16:8
16:20 17:7,21 18:12
23:18 25:10,14 32:3
47:4 49:2 50:4
perjured 42:16,18,19
perjurers 42:13
perjury 42:20
permissible 36:13
permitted 37:13

person 8:25 9:3 33:3,8
    33:9 34:9,19 38:1
    41:18,19 44:2 45:14
    45:15 46:3 56:14
    59:6 69:22 70:10
personal 38:9
personalities 3:24
persuade 14:15,17
    15:16 28:12 29:5
    54:20,22,24 56:4
    69:18,19 70:6,7
persuaded 15:2 45:23
persuading 54:22,24
persuasion 7:16
phone 12:14 16:9 28:19
    32:25 49:23 52:5
    53:6,10,25 54:23
    60:13 62:4 63:24
    64:13 66:9
photographs 44:21
Phrases 47:11
physical 9:14 34:6
pick 9:25
picked 41:1
picking 13:11
picture 9:3 20:9,19,22
    21:14,21
pictures 9:2 20:3,4,15
    20:16 47:15
piece 7:10,11
piles 14:11
piss 19:3
place 6:24 42:12 44:23
plaintiff 67:6
planned 8:13
planning 8:12 15:18
plans 16:10
played 3:14 53:5 54:1,3
    62:11,21 63:6,7,11
    63:12,16,16,18 66:15
playing 43:18
Please 16:25 17:1,2
pockets 38:4
poetry 8:6 9:13 30:13
point 16:24 35:9 41:25
    66:15 67:24 68:1
pointed 45:6
police 11:25 13:8,12
    21:16,25 22:1,4 24:8
    38:3,8 44:22
Polk 22:7,13 23:9
porn 15:25
pornography 9:2
portion 32:12 40:25
    62:12 63:10,10 64:8

portions 62:8,20 63:15
positive 24:11
possessed 24:7 26:8
    36:15 58:9,10 61:15
    70:16,24
possessing 24:25 55:17
possession 24:6 36:11
    37:17 58:7
possibility 38:1
possible 58:5
pot 24:22 25:2,18 26:1
    26:2 55:11 63:25
    64:14 66:10
pound 23:23
powerful 5:4
precious 4:13,24 5:4,11
    19:16,23 47:8
predator 3:16,21 7:8
    9:9 31:17
predators 3:17 9:20
predatory 31:9
prejudice 36:6
prepared 57:24
present 60:9
preside 57:22
pretend 25:16
pretty 8:17 21:15 40:10
    41:24
previous 64:24 66:21
    67:7
previously 64:23 65:1
    66:19,22
prey 3:20 4:1 9:19
primary 10:18
Princess 47:9
print 58:16
privacy 10:3
private 12:6
problem 65:10
problems 41:9
proceed 28:8
proceeding 42:18
proceedings 1:11 72:15
    73:4,12
promised 31:1
promises 9:19
proof 64:25 66:22
propose 61:13
prosecuted 56:14,15
prosecution 64:16
    66:11
prosecution's 64:2
prosecutor 66:16
protect 11:17,19 13:22
protecting 11:5,11

proud 5:23
prove 12:22,24 15:1,4
    15:4 24:19 34:14
    45:20,23 51:11 55:14
    61:16
proven 14:7 15:10 16:9
    26:10 55:16,19 58:10
    67:7
proves 13:24
provide 34:16
provided 16:19 32:16
pull 21:20
pulled 22:4
pulling 7:21
pupil 12:21
pups 10:24 30:1
purpose 30:13 45:24
    57:15 63:12 64:19
pursuant 16:19
pursuit 10:5 30:12
pushing 9:15
put 8:8 15:25 29:3,16
    31:1 51:21 68:25
    69:6
p.m 50:18,20 63:22
    66:4 68:13,15,15,19
    71:17 72:16
P.S 13:14
P135 16:4
P299 8:11
P329 8:19

Q

quarter 38:10
queen 15:24
question 14:13 21:17
    21:18 25:8 26:18
    40:11 61:9,14 63:23
    64:5,7,12 65:12 66:6
    66:8
questions 11:25 61:9
quick 13:12 27:9
Quit 54:16
quite 14:19 22:1

R

R 2:1 3:1 47:22
raise 21:17
rapists 40:10
rather 66:7 69:5
ravish 10:22
Ray's 10:18
reach 40:17 57:5 60:12
reached 60:5,11
reaching 57:15

reaction 8:22
read 7:10,14,19 8:1,11
    8:14 19:14 29:13
    45:12 51:8 59:16
    69:9
readily 67:17
ready 3:2,10 30:2
    53:24 68:16
real 45:3
really 10:25 19:18
    67:17
realm 37:25
reason 38:23 54:12
reasonable 14:8 15:10
    37:14 38:17 42:24
    52:22 56:20 58:10
    61:16
reasonably 25:9,10
    26:11 40:5
reasoned 41:15
rebellion 4:3
rebut 35:4
recall 21:7 23:7 30:21
    52:5 60:11
recalled 9:4
receive 34:7
recent 16:20
recently 11:6
recess 27:16 28:5 61:5
    61:7 63:21,22 68:14
    68:15
recognized 23:10
recoiled 30:24 31:8
recollection 25:21,22
    68:7
record 16:15 62:10
    64:4 66:3
recorded 73:4
recording 64:8
records 49:10,15,16
    50:2,19 67:14
refer 65:24 66:13
referred 69:13
referring 36:10
refers 64:11
refrain 6:21
refused 24:15
regard 35:9 39:9 67:13
regards 44:19
reject 33:12
relationship 12:6 20:21
    30:23 31:5,12 36:5
    41:3 43:19 45:3
relationships 16:24
relatively 32:16

release 27:21 28:2
rely 55:5,24
remain 59:12
remarkable 5:23
remember 13:10 14:9
    18:9,23 19:19 20:10
    22:25 25:11,13 40:8
    53:8,15,25 57:16
    67:22,23
remembered 18:6
    20:16
remembers 18:5
repeating 7:24
replacing 7:2
Reported 1:16
REPORTER 73:1
reporters 67:16
reporter's 67:18
represent 56:25
required 22:8 25:7
    29:13
rescue 12:12,13
respond 41:13
responsibility 11:21
rest 60:12
retire 59:14,24 68:12
retiring 57:20
retrieve 67:25
return 45:8 57:1 68:2
returns 61:6
review 19:15 47:6 52:2
    55:22
reviewing 47:17,18
re-characterize 32:10
    32:24
re-examine 57:11
re-read 64:12
ride 24:22
right 3:12 11:1 28:6,8
    59:13 60:1,23 61:8
    63:3 66:1 68:25 69:8
room 2:12 7:13,18 9:16
    15:12 25:18,25 49:23
    50:6 51:2 56:24
    57:20 59:14,15,24
    61:2 66:14
rooms 31:20
routine 40:19
rubber 19:2
rubbing 9:21
rules 4:5,5 65:9,18
running 4:5 16:6

S

s 2:1 3:1 56:22

salacious 41:1
same 5:6 27:12 36:21
    39:17 46:3,11 48:19
    50:4
sample 11:24
Sandridge 29:12,22
    62:2 63:7
save 8:9 35:12
saved 16:18 18:3 19:25
    20:7 35:11
saw 12:23 16:1,2,3
    21:16 24:5 25:14
    40:24 43:16
saying 12:17 22:4
    23:25 43:10 51:2,24
    68:9
says 13:3 17:8 18:13
    40:4 46:7 53:8,9,10
    65:22
scared 9:18
Schedule 70:19 71:1
school 9:25 17:17
    32:17
schoolwork 8:6
Scott 22:7,13
screen 8:11 34:4 46:24
    46:25 47:4,18 48:7,9
    48:14,15,18 50:16
screw 7:2,3
screwing 7:2
scribbling 6:17
search 16:20
season 37:10 55:8
second 59:6 64:5
Secondly 61:11
Section 69:23,24,25
    70:11,13,20 71:3
securely 24:9
seduce 14:16
see 4:18,19 5:24 7:5,14
    7:18,20,23 8:9,11,19
    9:7 13:15 25:15,17
    31:18 32:4 34:21
    38:9,19 46:16,17,23
    47:20,22,23 48:14,17
    48:22 49:15,20,24,24
    50:5,12,17,21 55:22
    56:9 58:24 63:15
    69:4 72:8
seeing 32:6 47:6,18,19
seek 31:9,9 57:18
seems 65:10
seen 5:5 6:1 7:17 11:6,7
    11:8,9,21,22 19:10
    21:25 26:19,21,21

32:11 43:3 67:15
seized 29:22 55:6
select 57:21 59:7,9
send 17:1 20:15 34:7
    38:22 58:21 60:24
    63:20
sending 20:3,16 35:22
sense 33:6 39:18 46:1
    47:6,16 51:6
sent 17:11 21:4 29:3
    38:20
sentencing 71:19
separate 58:1 63:16
separating 38:13
September 16:23 17:12
    18:21,22
sequence 66:15
Sergeant 29:12,22 62:2
    63:7
serious 36:18
Seriously 4:13,24 5:11
seriouslyprecious@y...
    22:16
serve 46:1
servers 16:19 23:13
service 22:14 23:7,8
    71:13
session 19:25 50:17
set 5:25 12:19 56:13
    72:5,6,9
setting 15:18 16:10
seven 58:4
several 71:20
sex 12:7 29:6,11,11,12
    30:8,9,13,14 40:4
    51:25 54:25
sexual 4:9,10,10 7:20
    7:21,24 8:23 9:3,7
    10:7,7 14:3,18,21
    15:2,3,7,17 16:12
    18:12,14 20:4 21:20
    28:13 39:12,15,18,19
    39:20,22 42:12 45:20
    45:21 46:6 47:11
    49:13 51:1,10 52:24
    53:2,17,18,22 56:5
    69:21 70:9
sexually 29:2 32:14
she'd 14:5 53:15
shipping 44:8
shit 13:14
shorts 22:4
shot 7:12 8:11
shots 47:18 50:16
show 7:11 8:1 9:8

19:14 22:8,11 24:20
    29:22 34:18 50:16
    56:2
showed 9:1,3 22:12
    47:24,25
showing 7:11 41:21
    49:2
shows 9:8 13:24 15:5
    17:24 18:9,10 21:11
    29:24 33:11 45:17,22
    45:24 46:10 56:20
sick 27:20 59:6 60:7
side 10:19 40:10
sides 43:18
sign 58:15
signed 5:16 6:15 19:8
    50:22 64:2
significant 20:11
signing 47:9
Similarly 37:17
simple 23:24
simply 23:25 58:8 64:9
Simpson 67:19
since 12:4 19:17 23:12
    23:21 27:20 54:11
single 4:11 30:11 33:20
    33:23 44:24 62:5,15
sir 61:4 62:23 69:3 72:2
sister 25:23
sitting 27:18 31:19
    41:11
situations 41:13
six 5:24 58:4
skew 41:2
skip 35:23
sleep 16:4 51:3
Slidell 22:13,18 23:14
sliding 52:11
slightly 53:1 65:15
slipping 10:17,17
small 38:11
smart 12:10
smile 6:7
smoked 25:2 26:1
smoking 24:22 26:6
sneak 7:1 25:17
sneaking 4:3
snitched 13:17,18
society 31:7
soft 10:20
Softballer016 16:23
sole 57:17
solely 31:2 57:14 62:13
    63:12
some 7:7,24 11:24

16:21 20:15 22:19
    23:17 26:22 27:9,10
    29:13 31:14 32:3,14
    35:16 37:5 43:2,3,16
    43:19 44:19 45:6
    48:10,10 49:25 55:14
    58:14 59:18 66:25
somehow 21:20
someone 13:18 26:24
    40:19 48:10
something 4:20 10:8
    12:15,22,24 15:23
    38:21 39:6 40:4 42:7
    44:25 59:19 60:6
sometime 37:9
sometimes 8:5 13:6,7,9
    27:11,13 41:25
song 6:11,15,22
sons 31:24 41:9
soon 5:19 12:9 29:18
    52:5,6 53:4,20,23
sore 19:3
sorry 60:21 71:24
sort 30:23 31:14 43:19
span 50:11
speak 33:8
special 9:23
specific 25:19 62:4,17
    62:17
specifically 43:8 62:18
spend 24:2
spider's 32:7
Spivey 6:16 11:23
    19:11 24:4 26:11
    31:6 36:18,25 43:7
    46:4 49:12 51:19
    69:20
Spiveys 16:14 50:15
Spivey's 38:7,15 68:6
spokesman 57:23
SP14 6:23
stack 61:11,24 62:8
stand 4:21 8:10,14 9:12
    11:9 29:14 33:14
    42:6 45:2 54:5
standard 32:16 37:10
stands 72:14
star 23:20
started 10:7 31:16
starting 8:11 26:17
starts 53:6
state 22:12
statement 61:19 64:23
    64:24 65:3 66:20,21
statements 64:9

States 1:1,5 2:3,5,11
    3:7 28:12 69:11,24
    69:25 70:12,20 71:3
    72:13 73:5
status 55:14
statute 39:16 69:23
    70:11
staying 49:11,11
stenographer 64:5
    67:14
step 9:20,20
steps 56:16
still 5:10,20 11:14
    53:11,22 60:3,10
stomach 7:18 27:20
stone 44:24,24
stop 18:15
stopped 10:9 18:15
story 28:22,22,23,23,24
    28:25 29:2,3,21
Street 2:12,19
stretch 67:10
stripping 21:22
strong 52:13
stronger 54:4
strongest 5:5
struck 23:20 30:20
stuff 39:3 44:17
stupid 4:17
subject 6:10 41:22
submit 37:13 38:15,24
    39:16 40:2
submitted 42:21
subsets 62:18 63:9
substance 70:17,19,25
    71:2
substantive 65:17,20
subtle 9:11 53:11
succeed 54:21
successful 9:9,9
successfully 15:2
succulent 52:12
suck 8:21
sufficient 38:16
suggest 58:19
suggested 19:11 65:14
Suite 2:6,19
suits 72:1
sunny 10:19
Super 35:3 49:10,22
support 18:7
supported 24:4
support@amerinfose...
    17:11 47:1
support@amerinfose...

17:5
supposed 54:9,15 67:20
    67:22
supposedly 46:9
sure 4:14 17:2 18:9,10
    18:25 20:6,6,8,9
    29:24 31:2,24 35:8
    61:1 65:18
surrender 57:12
surrounded 40:9
surveillance 44:22
suspend 58:23
sweet 6:6,7 9:12 16:25
    54:18
sweeter 9:11
sweetheart 10:16
sweets 9:19

**T**

tack 39:3
tack-on 36:2
tailored 3:23,25
take 4:12,14 9:20 15:8
    15:14,23 20:4,9 24:6
    24:18,21 27:15 28:3
    36:4 48:3 60:14
    63:20
:aken 5:3 38:21 67:8,21
takes 15:6 59:1
taking 32:21 35:25
    56:16
talk 4:10 7:22 14:6
    27:13 28:17 39:25
    40:19 47:18 55:1
talked 4:20 10:14
    28:16 39:24 43:1
    51:18,19 52:7
talking 13:6,7,9 16:10
    16:25 23:6 24:3
    28:10 30:12 46:18
    51:14
talks 27:11 28:15 46:5
    46:19,20,22 53:11,13
    54:1,2
tape 63:13
target 10:18
taught 8:24 9:13 12:21
teacher 8:24
technically 60:10
tedious 44:18
telephone 14:12,12
    22:10 27:3 30:5 56:3
    63:5,11
tell 6:23 12:14,15,16,17
    12:18,18 13:13 30:1

33:16,21 35:21 41:11
    45:3 58:17 62:7 66:2
    66:14 67:9 68:2
telling 8:8 9:22,22
    12:14,16 13:1,13
    20:13 37:3 41:12
    43:6,11,24
tells 27:4 43:3 66:18
ten 13:16 50:22
tenderly 52:19
tentacles 32:7
terms 39:19
tested 24:10,11
testified 10:6 11:2,3
    16:17 17:14,14 18:6
    18:20 19:9 20:23,25
    21:3,8 22:14 24:14
    25:23 33:14,17 34:3
    35:10 37:19,23 41:6
    42:2 43:8,21,23
    47:21 49:3,9 55:10
testify 11:15 25:13 43:2
testifying 43:7
testimony 17:20 21:10
    22:7 24:4,21 25:22
    26:15 32:3 34:16,21
    35:1,6 36:17,25 38:7
    38:8,15 42:11,17
    43:14 44:1 46:13
    47:20 52:21 55:5,7
    63:8 64:20,24 66:17
    66:20 68:7
thank 6:2,7 60:20
    71:12,15 72:10,12
Thanks 17:1
theft 34:11
their 3:20 11:7,17,17
    11:18,20,20,21 19:1
    20:21 32:22 40:21
    43:14 49:18,19 55:24
themselves 19:1 42:13
thick 52:11
thing 22:5 36:21 39:17
    50:7 54:2,3 59:3
things 27:5 28:20 30:20
    34:11 40:18,20 43:25
    44:2,3 46:18,20,22
    47:7,11,14 48:6 51:3
    51:17 55:3,4 56:4
    59:18,21 67:16,19
think 4:16 5:1,5 6:4,5
    10:25 12:20 33:5
    35:24 39:18 44:4,20
    45:6 62:25 64:6,10
    65:2,6,21

thinking 6:6 10:23
    33:12 44:22 53:19,23
    54:7
thinks 52:4 53:4
thong 21:14,21
though 47:23 50:11
thought 9:5 10:4 11:12
    34:2,15 36:9 42:25
    44:15
threaten 4:25
three 10:10,15,15 21:3
    21:5 27:5 58:5 63:6
    67:16
three-way 27:3
through 8:15 21:2
    22:12,13,17 23:13
    24:9 26:21 27:4
    29:23 32:13 41:22
    44:18 46:15 63:7
    73:10
throughout 18:11
Throw 12:22,23
throwaway 36:2
tightening 52:14
time 6:6 10:3,6 15:20
    16:8,20 17:7,21
    18:12,16 19:7 21:20
    23:18 24:1,15 25:10
    25:13 27:10 31:13
    32:3,6 34:20 35:18
    40:5 47:4 48:8,16,19
    49:1,18,19 50:4,11
    52:12,13,14,19 67:7
    71:16
times 25:2,3 34:23,25
    41:16 43:2 44:8,18
    57:16
tiny 40:25
Title 69:25 70:12,20
    71:3
today 37:3 43:15 47:19
toes 10:20
together 5:16,17 10:11
    10:16 21:9 24:22
    25:3
told 11:3,5 13:8 24:17
    26:23 27:19 31:17
    36:11,12 43:1 48:4,5
    48:5,6 67:10
tomorrow 16:5 51:3
tone 23:17
tongue 52:11
tonight 17:23
tons 32:11 41:4
tool 33:2,11

toosexyforyou.com
    23:9,13
Toys 47:21
track 35:8
transcript 1:11 73:11
travelled 22:12,17
treats 33:2,3
trial 44:13 64:24 66:21
    67:1,19
trials 72:4
tricky 50:7
tried 20:6,7,8
tries 51:21
trip 19:19
trolling 31:19
true 5:7,18 6:12 65:1
    66:23 67:3,8 73:10
truly 23:5 47:9 52:17
trust 4:15
truth 37:3 43:13 57:18
try 14:19 32:2,10 41:19
    41:25 56:10,11
trying 6:18 20:3 32:8
    32:23 44:25 65:9
    66:7
tucked 28:25
twisted 32:9
two 3:22 11:16 13:21
    21:18 27:20 36:1
    39:9 43:18,19 44:13
    44:13 58:4 59:5 61:9
    70:2
type 8:1 19:5
typed 68:8
T1 50:21
T135 51:3
T142 16:6
T2 50:21

**U**

ultimately 55:23
unanimous 57:3
unbeknownst 21:23
uncharged 24:18
uncomfortable 30:25
Unconditionally 52:18
uncontradicted 35:5
uncorroborated 36:17
    36:25
under 11:4 14:20 33:15
    39:12 73:13
underage 40:16
underlining 41:24
understand 13:5 18:25
    33:5 43:16

understanding 39:19
undisclosed 37:5
undisputed 35:1
Unfortunately 28:17
    59:4
United 1:1,5 2:3,5,11
    3:7 28:12 69:11,24
    69:25 70:12,20 71:3
    72:13 73:5
until 4:6 12:8 44:12,14
    50:10,20 52:19 54:11
    60:3,11 61:5
unturned 44:24
upset 43:17
usage 63:25 64:14
    66:10
use 3:17,18 8:15 9:21
    14:14,14 15:14 18:8
    20:7 22:8 24:23 26:3
    26:6,16 30:6 33:25
    36:6,13,16 38:9 46:7
    64:4 67:13 69:16
    70:4
used 3:21 4:11 7:8,16
    8:23 9:10 14:10,15
    14:17,23 23:7 26:19
    27:12 28:10,11 30:4
    30:4,5,5 38:6 46:16
    46:24,25 47:1,1,2,4
    47:10,12 48:9,19
    49:6,23 50:4 52:2
    62:13 64:1,15 66:11
user 26:24 33:18,25
    34:8
uses 47:7
using 6:20 14:2 21:11
    27:12 29:5 30:10
    33:17 34:7 39:10
    41:23 45:18 46:8
    47:5,25 48:11,15
    50:24,25 51:7,9
    52:22 53:8 54:23
    56:3,3,3,4
usual 38:12
usually 59:2
UVA 37:10
U.S 33:10 44:9,12
    54:23

**V**

v 1:6
VA 2:13,20
valentine 16:4
vampire 29:11
variation 52:17

verbatim 73:4
verdict 56:25 57:1,3,15
  57:24,25 58:14,16,16
  58:18 59:16 60:5,11
  60:24 68:21,23 69:1
  69:5,9 71:7
verdicts 45:8 58:5,12
  72:12
version 33:16
versus 3:8 69:11
very 6:24 9:11 12:20
  18:23 23:17 30:21
  35:18 38:11 39:8
  48:6 53:11,20 67:24
  71:15 72:12
view 64:18
views 57:11
vile 8:2
violation 69:24 70:12
  70:20 71:2
violence 57:6
virgin 12:8
Virginia 1:2,12 14:20
  49:1 54:17 69:16,23
  70:4,11,15,23 73:6
visiting 34:24
voice 3:16 27:2
voluntarily 45:1
vote 58:1
vulnerabilities 3:24
vulnerability 11:7

W

wait 54:15
waiting 14:5 28:14
Waldron 2:4 3:4,15
  27:23 28:9 31:16
  36:10 45:10 61:4,20
  61:23 65:4,8,13
  68:17 71:10 72:2
walk 54:4
walking 6:19
wall 9:15
want 6:2,7,24 10:13
  11:15 18:17 22:23,23
  27:15 32:13 35:8
  36:5 39:14 40:4 41:2
  41:9 42:4,7 43:11
  44:16,20 55:2 58:21
  58:23 59:22
wanted 21:20 33:15
  45:22 46:7 62:1
  65:18
wants 32:21 36:3 45:11
  45:13,16 53:2 54:19

54:20 65:23
warrant 16:20
Washington 2:7
wasn't 24:16 43:11
  50:19 55:9
watch 5:25 53:12
watching 10:22,24,25
  30:18
way 3:25 14:1,23 17:3
  18:24 21:11 22:24
  26:4,24 28:10 35:6
  39:4 41:13 42:9
  46:16 50:14 51:17,18
  51:19,23 52:4 53:1
  53:11 59:22 60:22
  68:7
ways 26:25 47:9
weaknesses 45:7
wear 18:18
wearing 19:2
web 17:25 31:21 32:7
  32:23
wedding 12:8
week 6:5 11:6 16:7
  30:17 60:21 71:14
weeks 10:10 53:7 54:17
weight 57:13 61:10
well 8:24 11:16,21
  20:17,20 21:15 23:1
  24:14 44:3,13 48:22
  48:24 50:2,19 51:16
  51:21 65:21
WENDY 2:4
went 13:21 22:13 25:20
  25:23,25 29:23
were 10:3 11:8,9,11
  14:23,25 15:18,18
  16:11,12,13,14,16,18
  16:21 17:21 19:12
  21:2,5,8,25 25:6
  26:15,22 28:9 31:18
  31:22 34:5 38:11
  40:2,15,21 41:4,8,14
  43:10 45:23,25 46:5
  49:5,17,17 62:4,5,14
  62:17,18 63:5,8,9,18
  66:25
West 2:12
Western 1:2 69:15 70:3
  70:15,23 73:5
we'll 58:24 72:10
we're 6:10 7:11 23:6
  39:3,5 51:13
we've 8:19 12:7 19:17
  31:8 39:3,24 43:2

67:15
whatsoever 37:5
while 4:16 8:5 10:22
  14:4 20:13 21:22
  23:6 35:2 53:14
whole 18:11 41:3,20
WILDER 2:17,18 3:5
  3:11 30:16 61:18
  62:16,25 64:6 65:6
  65:23 68:18 69:7
  71:11 72:1
willing 31:11
wish 11:1
wishes 27:8
witness 66:25,25 67:2,4
witnesses 7:10 24:5
  42:22 48:5
woman 10:16 30:24
  42:2
women 19:1 31:14,22
  32:8 43:20 45:4
word 18:3 41:23 51:15
wording 39:16
words 8:3,4 13:14
  23:20 33:16 46:9
  52:2 55:23,25 56:1,2
  57:2
work 3:19,22,25 63:19
works 60:22
world 6:1 52:15
worn 27:8
worried 39:2
worry 19:1
worthless 35:21 40:3
wouldn't 27:8 41:9
  42:20 56:8,10,10
would've 5:2
write 10:10 12:17
  27:10 41:21 66:7
writes 8:20 10:21 13:14
  17:16 18:19 22:22
  23:18 29:20,24 53:23
  54:8
writing 10:12 12:19
  13:10 15:16 19:5,7
  20:13 23:1 40:23
  46:4,13 47:7,13
  51:17 52:3,6,17
written 19:11 28:23,25
  41:23 48:20,21 51:15
  67:11
wrong 4:25,25
wrote 29:1,2,3 33:22
  46:11

X

X 43:10,11

Y

yeah 6:12 10:23,24
year 37:12 38:22
years 13:16,21 14:22
  43:15 44:4 46:21
  69:21 70:9
yesterday 14:8 33:15
York 2:6
youareadork 23:6
young 5:23
younger 30:24 31:14
  41:19

Z

Ziegenfuss 1:16 73:3
  73:19

$

$2,000 13:8
$480 6:18

0

001 15:11
055 4:19

1

1 1:15 58:2 73:10
1:03 68:13,15
1:18 4:13
1:59 68:15
10 25:5 26:12 37:15
  70:14
10th 36:20,23 37:7
  55:9 71:24
10:10 50:18
10:19 27:17 50:20
10:20 28:5
10:26 28:5,7
10:30 71:22
100 33:21 34:13
104 2:12
11 8:10 58:19 59:11
  71:22
11:19 59:25
11:21 61:7
11:45 61:7
11:53 63:22
12 8:21 23:24 59:8
  63:17
12:53 63:22
12:59 66:4
13 12:11 23:19 49:12

63:18 70:2
14 46:21 49:12 51:25
14th 49:24 50:1,3
14:34 5:20
14:41 5:20
14:53 6:10
1400 2:6
146 50:13
15 8:14 14:22 15:19
  24:6 36:11 37:18
  38:21 49:12 70:22
15th 12:4 24:25 26:9
  35:7 55:4
15:57 6:17
16 1:13 11:9 71:4 73:8
16-year-old 4:10 11:18
  19:7 29:4 56:9
17 11:10 29:15 54:9
17th 29:4
17-page 29:2
17-year-old 11:19
18 4:6 11:8 14:22 69:21
  69:25 70:9,12
18.2-371 39:13,14
  69:23 70:11
19 11:8
1997 23:12

2

2 26:21 58:2 63:17
2nd 71:22,23,25
2-14-02 50:13
2:00 68:19
2:05 71:17
2:06 72:16
2:34 5:10
20005 2:7
2001 16:8,24 18:1,17
  18:22 19:7,20 25:14
  26:11 69:15 70:14
2002 4:13 22:21 27:2
  38:21 49:25 69:15
  70:3,3,22
2003 38:20
2004 1:13 71:5 73:8,14
201-A 2:19
202 2:8
21 61:12,22,23 63:9
  70:20 71:3
22 10:10
22:14 50:13
22:19 50:3
2200 51:25
223 15:13
22902 2:13,20

**23rd** 12:25
**24** 9:25 17:9
**24th** 26:18
**24/7** 5:19 29:25
**2422(b)** 70:1,13
**25** 10:21 17:13 28:15
**25th** 27:2
**255** 2:12
**27th** 20:24 21:9 73:13
**28** 69:14
**28th** 18:22
**29** 18:21 69:15
**29th** 11:24
**293-4283** 2:14
**297-0358** 49:7

─────────────
**3**
─────────────
**3rd** 4:12,24 5:10,20
  15:11
**3:02-CR-000106** 3:7
**3:02-CR-00106** 1:7
  69:11
**30** 29:21
**34** 16:22
**35** 17:21 49:6
**353-3745** 2:8
**36** 17:22
**37** 17:24
**376** 49:24 50:1
**39** 17:9
**399** 8:15

─────────────
**4**
─────────────
**4** 16:23
**4B** 22:20
**40** 17:13
**408** 2:19
**43** 19:21
**434** 2:14
**44** 19:22
**45** 19:16
**46** 18:5
**46-year-old** 11:19
**48** 20:1 26:4
**49** 21:2
**49H** 21:5
**49S** 21:2

─────────────
**5**
─────────────
**5** 70:3
**56** 52:3
**58** 12:25
**59** 13:17

─────────────
**6**
─────────────

**6** 70:14
**6th** 47:20
**600** 2:6
**61** 54:8

─────────────
**7**
─────────────
**7** 26:21 70:22
**72** 73:10
**73** 1:15

─────────────
**8**
─────────────
**8** 12:11 35:3 49:10,22
**8:36** 6:21
**804** 2:21
**841(a)(1)** 70:21 71:3

─────────────
**9**
─────────────
**9** 10:10 11:23 22:21,25
  27:8 63:17
**9:32** 1:14
**9:37** 3:6
**960-0246** 60:16,17
**979-8144** 2:21