UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

December 13, 2006

## NOTICE OF APPELLATE CASE OPENING
********************************

**FOURTH CIRCUIT INFORMATION**
-----------------------------

**Court of Appeals Case #:** 6-8022

**Short Caption:** US v. James D. Bray

**Date NOA Received 4CCA:** 12/11/06

**Case Manager:** Barbara H. Rowe


**DISTRICT COURT INFORMATION**
-----------------------------

**Division:** Western District of Virginia at Charlottesville

**District Court Case Number(s):**

3:02-cr-00106-nkm

**Date NOA Filed in District Court:** 12/8/06