FILED: June 9, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-7225
(3:02-cr-00106-nkm-1)
_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

JAMES DANIEL BRAY

　　　　Defendant - Appellant

_____

O R D E R
_____

The Court's mandate was issued prematurely on June 7, 2010. Accordingly, the Court recalls the mandate.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk